CAH/PMC: USAO 2024R00421
TMS 10/22/2024

USDC- BALTIMORE
'24 OCT 24 PM 3:45

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. ABA-24-310 |
| | * | |
| MICHAEL SAM TEEKAYE, JR., | * | (Attempting to Provide Material |
| | * | Support and Resources to a Foreign |
| Defendant | * | Terrorist Organization, 18 U.S.C. |
| | * | § 2339B; Assault of a Federal Officer, |
| | * | 18 U.S.C. § 111; Forfeiture, 18 U.S.C. |
| | * | §§ 981(a)(1)(C) & (a)(1)(G) 21 U.S.C. |
| | * | § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE
**Attempting to Provide Material Support to a Foreign Terrorist Organization**
**(18 U.S.C. § 2339B)**

The Grand Jury for the District of Maryland charges that:

From at least on or about May 20, 2024, until on or about October 14, 2024, in the District of Maryland and elsewhere, the defendant,

**MICHAEL SAM TEEKAYE, JR.,**

did knowingly attempt to provide material support or resources, including personnel (specifically, himself) and services, to a foreign terrorist organization—namely, the Islamic State of Iraq and al-Sham, or ISIS, which at all relevant times was designated by the United States Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act—knowing that ISIS was a designated foreign terrorist organization, and that ISIS had engaged in, and engages in, terrorist activity and terrorism.

18 U.S.C. § 2339B

## COUNT TWO
### Assault of a Federal Officer
### (18 U.S.C. § 111(a)(1))

The Grand Jury for the District of Maryland further charges that:

On October 14, 2024, in the District of Maryland, the defendant,

**MICHAEL SAM TEEKAYE, JR.,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit: a Special Agent of the Federal Bureau of Investigation, while that Special Agent was engaged in and on account of the performance of his official duties, and such acts involved physical contact with the Special Agent.

18 U.S.C. § 111(a)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 981(a)(1)(C) & (a)(1)(G), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

2. As a result of the offense set forth in Count One, the defendant,

**MICHAEL SAM TEEKAYE, JR.,**

shall forfeit to the United States all assets, foreign or domestic, (i) of the defendant; (ii) acquired and maintained by the defendant with the intent and for the purpose of supporting, planning, conducting, and concealing the violation; and (iii) derived from, involved in, and used and intended to be used to commit the violation.

### Substitute Assets

4. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America, pursuant to 21 U.S.C. § 853(p), shall be entitled to forfeiture of

substitute property.

18 U.S.C. § 981(a)(1)(C) & (a)(1)(G)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

                                                    _Erek Barron /CAH_
                                                    Erek L. Barron
                                                    United States Attorney

A TRUE BILL:

SIGNATURE REDACTED        Date:   October 24, 2024
_Foreperson_