UNITED STATES OF AMERICA     \*

            \*

v.               \*      CRIMINAL NO. ABA-24-310

            \*

MICHAEL SAM TEEKAYE, JR.,     \*

            \*

Defendant         \*

            \*

         \*\*\*\*\*\*\*

## <u>GOVERNMENT'S SENTENCING MEMORANDUM</u>

Michael Teekaye was arrested as he attempted to travel to Africa to fight for ISIS, using airline tickets ISIS operatives had purchased for him. He also plotted to carry out a terrorist attack in the United States against Jews, supporters of Israel, and those he considered enemies of his radical Islamist agenda. He researched specific Jewish targets, trained with assault rifles, attempted to purchase an assault rifle, and successfully purchased a machete. Upon his arrest, he vowed to carry out a jihadist attack in the United States when he is released from prison "in 20 years" and threatened to kill prison guards while serving his sentence. He mocked the arresting agents, kicked and spat on them, and warned that "jihad will never stop." Even after his guilty plea, he was caught with two homemade shanks in his jail cell, which he admitted were his.

Thanks to the diligent actions of multiple federal law enforcement agencies, Teekaye was not successful in joining the ranks of the world's deadliest terrorist organization, and we do not have to second-guess whether a terrorist attack could have been averted. But the threat Teekaye poses to our national security is clear. He demonstrated his commitment to ISIS's hateful, terrorist ideology over a period of many years. He repeatedly rebuffed efforts by family members, law enforcement, and therapists to guide him away from the path of extremism and violence. He even plotted to kill one of the therapists who tried to help him—simply because he was Jewish. There

is an extremely high risk that Teekaye will attempt to carry out a mass casualty attack in the future. For the reasons that follow, a sentence of 15 years in prison is necessary to reflect the seriousness of the offense, protect the public, deter similar crimes, avoid unwarranted sentencing disparities, and comply with the other purposes of punishment set forth in 18 U.S.C. § 3553.

## I. BACKGROUND

### A. Guilty Plea

On October 24, 2024, a federal grand jury in the District of Maryland returned an Indictment charging Teekaye with one count of attempting to provide material support or resources to a designated foreign terrorist organization (*i.e.*, ISIS), in violation of 18 U.S.C. § 2339B (Count One), and one count of assaulting a federal officer, in violation of 18 U.S.C. § 111 (Count Two). ECF 11. On January 30, 2026, Teekaye pled guilty to Count One. As part of his guilty plea, he admitted to the following facts:

> In October 2004, the United States Secretary of State designated al-Qa'ida in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist under Section 1(b) of Executive Order 13224. This designation was subsequently amended by the Secretary of State in May 2014, and again in September 2015, to add various aliases for the organization, including, among others, Islamic State of Iraq and the Levant, Islamic State of Iraq and al-Sham, Daesh, Islamic State, ISIL and ISIS (which is how the FTO is referenced herein). At all times material to this Indictment, ISIS remained, and continues to remain, a designated FTO.

> During the time frame of the Indictment, Michael Sam TEEKAYE, Jr. ("TEEKAYE"), a United States citizen of African descent, resided in Maryland. During that time period, he attempted to provide material support or resources to ISIS, to wit, personnel (namely, himself), and services, knowing that ISIS was a designated foreign terrorist organization and that it has engaged, and engages, in terrorist activity and terrorism.

> Between March and April 2023, TEEKAYE had multiple conversations with an Undercover Officer ("UCO") in which he told the UCO that he wanted to

travel to Africa to join ISIS as a "mujahid," or fighter. TEEKAYE explained that "[w]hat made me want to become a mujahid" was studying the true meaning of Islam as well as "the history of the Muslims of the past and what they went through and how it went from Muslims having khilafah [*i.e.*, caliphates] and doing jihad in Europe to us having so many failed states with puppet leaders who were put by westerners to not rule by sharia."

TEEKAYE also told the UCO that his "plan B" was to carry out an attack in the United States against Jews and people who support Israel. TEEKAYE added that he had been researching buildings close to him that support Israel and thinking about how to "gun down key members or anyone involved." He explained that he had made plans to acquire guns for the attack in case his travel plans did not work out.

On three occasions in May and June 2024, TEEKAYE purchased ammunition and range time at a shooting range in Severn, Maryland, which he later told the UCO was part of his "training." On July 12, 2024, TEEKAYE attempted to purchase a Kalashnikov K-9 9mm assault rifle at a gun store in Severn, Maryland (the purchase was denied several days later because TEEKAYE was on probation in a state criminal case). That same day, in an Instagram chat group, TEEKAYE shared a photo of a man being beheaded by ISIS, side-by-side with a photo of himself holding a large machete. He also told a friend on Instagram that he had purchased a rifle, that he had made contact with "brothers" in Africa, and that he was preparing himself "mentally and physically."

In conversations with the UCO between August and October 2024, TEEKAYE told the UCO that he was in contact with a Somali ISIS fighter regarding his plans to travel to Somalia to join ISIS. TEEKAYE explained that he would fly first to Turkey, then travel to Ethiopia and cross the border into Somalia. TEEKAYE sent the UCO screenshots of an Ethiopian e-Visa he had obtained from the ISIS fighter. On October 4, 2024, TEEKAYE told the UCO that he received airline tickets from the ISIS fighter. He also sent the UCO screenshots of his travel itinerary showing that he would depart from Baltimore Washington International Airport ("BWI") on October 14, 2024, and fly to Istanbul, Turkey, with a layover in London. Records from the airline confirmed TEEKAYE's travel itinerary and showed that the tickets were purchased by a third party through a foreign travel agency.

On October 10, 2024, TEEKAYE sent the UCO a photo of himself wearing a black mask and holding a large machete, and he added, "Victory or shahada [*i.e.*, martyrdom].. either you do it here or over there or both." The following day, the UCO asked whether TEEKAYE was certain he wanted to join ISIS. TEEKAYE responded that he was "sure" because he had done "a lot of research" and "they are the only group that has the most true and sincere intentions."

On October 14, 2024, FBI agents arrested TEEKAYE at BWI after he had checked in for his flight and proceeded through security. Following his arrest, TEEKAYE made the following unprovoked statements, among others: "I'm just gonna get out in 20 years and I'm just gonna do it here. Okay? Okay? It will never stop. Jihad will never stop. I'll just do it here then, when I get out." TEEKAYE added, "So even in jail, I'll maybe do something in there." He then made reference to a recent attack in which ISIS prison inmates killed four Russian penal colony guards. He continued, "I'll just do it here. You think 20 years is something? I'll be like 40 when I get out, then I'll just do it. I don't care. It will never stop. Jihad will never stop. I'll come and I'll kill your soldiers. I'll kill you, and I'll kill . . . ." While making these statements, TEEKAYE kicked and spat on one of the arresting agents.

Following TEEKAYE's arrest, the FBI searched his cell phone pursuant to a search warrant. The cell phone contained encrypted messages between TEEKAYE and the individual TEEKAYE identified to the UCO as the ISIS fighter who made travel arrangements for him. In these messages, they discussed TEEKAYE's upcoming travel, and the ISIS fighter explained how TEEKAYE should stay "under the radar" of the "filthy kuffar" (*i.e.*, unbelievers).

The cell phone also contained TEEKAYE's internet search history, which showed that he conducted multiple searches relating to ISIS, ISIS terrorist attacks, ISIS beheading videos, and ISIS fighters, as well as searches relating to individuals who have been charged with providing material support for terrorism, how to wipe evidence from his phone, and whether a person could be extradited from Ethiopia. Furthermore, in August 2024, TEEKAYE conducted multiple searches for specific Jewish and Israeli individuals and organizations in Howard County, along with searches for "how to break into a home" and "how to escape murder."

ECF 56, at 10–12.

As set out in the plea agreement, the parties agree that the base offense level is 26 pursuant to United States Sentencing Guideline ("U.S.S.G.") § 2M5.3(a). ECF 56, at 5. The parties also agree that there is a two-level increase in the offense level pursuant to U.S.S.G. § 2M5.3(b)(1)(E) because Teekaye attempted to provide material support or resources to ISIS "with the intent, knowledge, or reason to believe they are to be used to commit or assist in the commission of a violent act." ECF 56, at 5. The adjusted offense level is therefore 28. *Id.*

The parties disagree as to the application of the terrorism enhancement, which increases the defendant's offense level by 12 levels and elevates his criminal history category to VI if "the offense is a felony that involved, or was intended to promote, a federal crime of terrorism." U.S.S.G. § 3A1.4. *Id.* If the terrorism enhancement applies, the parties agree that the advisory guidelines sentence is the statutory maximum of 20 years. *Id.*; *see also* U.S.S.G. § 5C1.1. As set forth in Section III below, the Government submits this is a straightforward case in which the terrorism enhancement applies.

### B. Teekaye Has a Long History of Violence and Islamic Extremism

Teekaye has a long history of violence and Islamic extremism dating back to his early years. Howard County public school records show that as early as 2013, at age 10, he physically attacked a fellow student, although the details were not reported. *See* Exhibit 1 (Report of Dr. Ronald Schouten) (Under Seal), at 22. In September 2016, at age 13, he was suspended for attacking and choking a peer. *Id.* at 6. In December 2016, he was again suspended for attacking a student. *Id.*

In January 2017, Teekaye was suspended for assaulting and choking a female student in the bathroom at Elkridge Landing Middle School. *Id.* This time the police became involved. *See id.* at 5–6. The female victim reported that she was washing her hands in the bathroom when Teekaye "grabbed her by the throat, from behind." *Id.* at 15. She "began to fight back," but Teekaye "grabbed her around the neck in a 'choke' hold using both of his arms." *Id.*

A school psychologist reported that Teekaye "demonstrated little or no remorse for his actions following each incident and he expressed intentional behavior associated with the incident in January, 2017" (*i.e.*, the attack on the female student in the bathroom). *See id.* at 7.

Twice in January 2018, at age 14, Teekaye was again disciplined for attacking peers. *Id.* In April 2018, a school counselor reported to Teekaye's therapist that "the school staff are concerned about [Teekaye] and the safety of the students at the school" due to "a number of events." According to the school counselor, Teekaye "went into the girl's bathroom at school and choked a girl from behind for which the school suspended [Teekaye]." Teekaye refused to talk about the incident afterward. In addition, "the school staff found that [Teekaye] had been researching harming animals on the school ipad supplied by the school," and Teekaye's father "reported that when he took [Teekaye] to a bookstore, [Teekaye] asked about getting books about 'killing people.'" *See id.* at 9.

On September 17, 2018, when Teekaye was 15 years old, police responded to Teekaye's school when a school counselor reported that Teekaye had exhibited a "strong interest" in the "rebel cause" in Syria.[1] According to the school counselor, Teekaye advised that he watched "Terrorism and Rebel videos on YouTube every day to get more incite [sic] on how to fight for the Rebel Cause," and he "made contact with an unknown representative on YouTube about the Rebel forces." *See id.* at 10, 15–16. Around this same time, Teekaye began weekly therapy sessions and psychiatric treatment at the Carruthers Clinic through the University of Maryland Medical System. *See* PSR ¶¶ 62–63.

In September 2019, at age 16, Teekaye was transferred to the Homewood School's Bridges Program, which, according to its website, aims to provide a supportive, therapeutic environment for children who face challenges due to mental health needs. *See* Ex. 1 (Report of Dr. Schouten),

---

[1] At the time, Syria was one of ISIS's strongholds. *See* Institute for the Study of War, ISIS's Second Resurgence, Oct. 2, 2018, available at https://understandingwar.org/research/middle-east/isiss-second-resurgence/ (last visited June 29, 2026).

at 7. Despite the transfer, Teekaye continued to have behavioral problems, and he received multiple disciplinary infractions for threatening other students in 2019. *See id.* at 7–8.

On October 1, 2019, police responded to Teekaye's school for a Petition for Emergency Evaluation after it was reported that Teekaye "stated multiple times that he wanted to cut the head off of another student and kill him with a knife." *See* PSR ¶ 65. Teekaye was hospitalized at the Howard County General Hospital pursuant to the Emergency Petition. *Id*. While there, he was diagnosed with "Homicidal Ideation." *Id.* At subsequent therapy sessions in October 2019, Teekaye reportedly stated that "non-Muslim people have no value especially if they make him mad," and "the only way to deal with people like them is to kill them." *See* Ex. 1 (Report of Dr. Schouten), at 11.

In late 2019, the FBI became aware that Teekaye was operating a social media account where he was expressing extremist Islamist ideology. ECF 1-2 (Complaint), at 4–5. Shortly thereafter, Teekaye began interacting with a male Online Covert Employee ("OCE"). *Id.* In conversations with the OCE via Instagram and Telegram between December 4, 2019, and January 22, 2020, Teekaye told the OCE that he wanted to make "hijra[2] to Somalia" to join "the Islamic state or al shabab." *Id.* at 5.[3]

---

[2] "Hijra," alternatively spelled "hijrah," is an Arabic word meaning "exodus, migration, or breaking of ties." It is often used by those in extremist networks to describe a fighter's journey abroad to wage jihad. *Id.*

[3] Al Shabaab is another designated foreign terrorist group based in Somalia. *See* Director of National Intelligence, *Counter-Terrorism Guide: Al-Shabaab*, available at https://www.dni.gov/nctc/groups/al_shabaab.html (last visited June 24, 2026). Like ISIS, it is a Sunni jihadist group that advocates terrorist attacks in order to overthrow state authorities perceived as apostate and illegitimate, avenge alleged abuses against Muslims, and establish an Islamic state under strict Sharia law. *See id.*

On January 21, 2020, police responded to the Homewood School after school officials reported that Teekaye destroyed the school's LobbyGuard System, a computer system used to track visitors to the school. *See* PSR ¶ 67. School officials reported that Teekaye became irate after his cell phone was confiscated, picked up the LobbyGuard System, and slammed it onto the ground, rendering it inoperable. *Id.* In a follow-up interview with police on January 22, 2020, the school's Vice-Principal stated that "in all of her years as a teacher, … she had never been more frightened by a student." *Id.* She also reported that she observed recent posts on Teekaye's Instagram page "related to Jihadist Ideology," including videos "showing beheadings committed by violent Islamic Extremists" and "displaying messages from violent extremists." *Id.* A school psychologist, Dr. ███████████, reported to the police that Teekaye had threatened him, saying something along the lines of, "I could kill you and still get into heaven." *Id.* (As will be discussed further below, when the FBI arrested Teekaye in October 2024, they discovered searches in Teekaye's phone for Dr. ██████ and other Jewish targets, along with "how to break into a home" and "how to escape murder.")

On January 23, 2020, Teekaye was the subject of a second Petition for Emergency Evaluation and was hospitalized for roughly two weeks, first at the University of Maryland Hospital and then at the Psychiatric Institute of Washington (PIW) in Washington, D.C. *See* PSR ¶ 68. On January 24, 2020, Teekaye's father, ██████ Teekaye, reported to police that he brought Teekaye to the hospital because Teekaye "made several threatening statements directed at his father and mother" after they attempted to establish parental controls on his cell phone. *Id.* Teekaye's admission assessment at PIW stated that Teekaye was "posting social media with terrorist material, threatened to kill all Americans, threatened to kill [his] parents. [His] outpatient

psychiatrist was concerned about his HI [homicidal ideation] and increasing aggression." *See* Ex. 1 (Report of Dr. Schouten), at 13. On February 5, 2020, a PIW psychologist noted that Teekaye "shared that he still has [homicidal ideation] (terroristic in nature) and focused on extreme Islamism," but "state[d] that he does not share his thoughts with his team because he wants to be discharged." *Id.*

### C. Teekaye Remained Committed to Violence and Extremism Despite Repeated Interventions by Family Members, Law Enforcement, and Therapists

As Teekaye's behavioral problems escalated, multiple efforts were made by family members, law enforcement, and mental health professionals to guide Teekaye away from the path of violence and extremism. At times, Teekaye appeared receptive to these interventions and claimed to have moved away from radical Islamist ideology. However, as time went on, it became clear that these statements were mere prevarications, or, at the very least, that any real progress was exceedingly short-lived. Teekaye returned again and again to violence and jihadism, and these interventions, over the long haul, only made Teekaye more careful about confiding in others and stealthier in covering his tracks.

On January 23, 2020, after Teekaye's second hospitalization, the FBI interviewed Teekaye's parents, ███████████ Teekaye, at their home in Howard County. *See* Exhibit 2 (FBI Report of Interview) (Under Seal). ███████ explained that he and his wife were African immigrants and Jehovah's Witnesses, and they had raised their son as a Christian. *Id.* However, Teekaye had begun studying Islam "three to four years ago," and within the past year, he had "become a radical Muslim extremist." *Id.* Teekaye's parents did not understand or approve of Teekaye's new beliefs, but they tried to support him in learning about moderate Islam. For example, at the advice of Teekaye's therapist, ████ began taking Teekaye to the Dar al Taqwa

mosque in Howard County once a week. *Id.* ▮▮▮▮▮ said he was grateful to the FBI and the Howard County Police Department for their help with Teekaye, and he "welcomed all intervention to assist in deradicalizing Michael." *Id.* The FBI referred Teekaye to Quilliam, a counter-extremism center, and after Teekaye was discharged from PIW, he began meeting with a representative from Quilliam who specialized in re-radicalization. *See* Ex. 1 (Report of Dr. Schouten), at 17. Teekaye also continued his therapy sessions at the Carruthers Clinic during this time period.

Initially, it appeared that these interventions might be working. In an interview with the FBI on February 7, 2020, Teekaye claimed not to be radicalized anymore, saying, "I don't want to do this jihad anymore" and "obviously the FBI is watching me." *See id.* In follow-up conversations with the FBI in February and March 2020, Teekaye's parents reported that he no longer appeared to be interested in Islam. *See id.*

But this was far from the truth. By March 2020, Teekaye messaged an OCE on Instagram that he was praying "in secret," and he resumed posting extremist rhetoric online. *See id.* For instance, in March and April 2020, he posted about his plans to create a Muslim militia in the United States. He was careful to claim that his militia would "not be affiliated with any terror group" and would "protect mosques," but he also said he would use the ISIS flag and would target "[A]merican soldiers" in order "to overthrow the government." He bragged about being "a very good shooter" and about how "easy" it was to buy AR15s and pistols in America.



*Screenshots of posts to Teekaye's Instagram account captured by FBI in Mar.-Apr. 2020*

In April 2020, Teekaye posted an image from an ISIS propaganda video captioned, "This is our call of duty and we respawn in Jannah."[4]  He also posted a photo of himself outside his former middle school wearing a black hood and face covering and added a caption in which he threatened "crusader US military veterans" who worked at the school, saying: "I posted this to make a message they are not safe either, and I can get them…"

---

[4] Jannah is the Islamic concept of heaven.  ISIS propaganda frames Jannah as an immediate, guaranteed reward for those who die in battle or conduct suicide attacks.  *See, e.g.*, The Guardian, *ISIS has industrialized martyrdom, says report on suicide attacks*, Feb. 28, 2017, *available at* https://www.theguardian.com/world/2017/feb/28/isis-has-industrialised-martyrdom-says-report-suicide-attacks (last visited June 24, 2026).




michael_teekaye0 READ CAPTION.....This is the middle school I went to where 2 crusader US military veterans worked, when they found out I was a "terrorist" they were so scared that when walking they would walk together to make sure I don't do anything they I don't know why they were so scared of a middle schooler 😂 well I posted this to make a message they are not safe either, and I can get them....

*Screenshots of posts to Teekaye's Instagram account captured by FBI in Apr. 2020*

At several points in 2020, an FBI OCE and a confidential human source (CHS) attempted to steer Teekaye away from violence. For instance, in March 2020, Teekaye bragged to an OCE about a time in middle school when he "punched and chased this Jewish kid" and "threw rocks at him." The OCE told Teekaye, "May Allah guide you to more restraint and discretion." When Teekaye suggested he was going to get into a physical altercation with people who were saying "offensive things about Islam," the OCE sent Teekaye an Islamic teaching about the importance of not getting angry. Later, in May 2020, Teekaye told a CHS ("CHS 1") that he was researching "targets" for an attack and had identified a Catholic church as a possible target. *See* Ex. 1 (Report of Dr. Schouten), at 17–18. CHS 1 warned Teekaye against associating with extremists online,

pointing out that he could lose his life or freedom. CHS 1 also spoke to Teekaye's mother via telephone and invited Teekaye to volunteer at a local mosque and assist with a food drive.

Nevertheless, Teekaye continued to express extremist views online and in messages. For instance, in July 2020, he posted that Islam was growing "through DECEPTION," and "they are lying to people by saying Islam is compatible with the west" and is "a religion of peace."



*Screenshot of post to Teekaye's Instagram account captured by FBI in July 2020*

In December 2020, when Teekaye was 17, Howard County police responded to a report of harassment by a female who stated that Teekaye had been sending her threatening messages and tagging her in disturbing posts on Instagram. The victim reported that Teekaye made statements about "belonging to ISIS" and about "wanting to kill others with knives and a screwdriver." *See* Ex. 1 (Report of Dr. Schouten), at 14.

In July 2021, one of Teekaye's therapists reported to law enforcement that Teekaye continued to harass people online who he believed had wronged him and that he had a particular individual "on his list." She also reported that Teekaye had obtained a machete, and although he claimed he would not use it unless he was attacked, she believed he might put himself in a position

13

in which he felt he needed to protect himself.  The therapist opined that Teekaye "fits the profile pretty well" of a mass shooter, and she expressed concern about blocking Teekaye's access to guns once he turned 18 years old.

In October 2021, when Teekaye was 18, Howard County police responded to the Homewood School after Teekaye sent an email to a former teacher in which he glorified the killing of U.S. soldiers.  Teekaye sent a video attachment about an ambush of U.S. Army soldiers in Niger, Africa, along with the text: "I'm glad I ripped your stupid US flags … That last part of the video tho that US army soldier screamed like a bitch and died like one as well …" *See* Howard County Police Report 21-68184.

In March 2022, CHS 1 reported that Teekaye was using Instagram to share videos of ISIS prophets, photos of himself wearing the black flag and other ISIS symbols, and an image of a recent ISIS attack in Israel with text praising the attack.

On July 19, 2022, police responded to an elementary school in Howard County after Teekaye showed up wearing a black face mask and holding a fixed-blade knife in his hand.  PSR ¶ 37.  Teekaye initially refused the officer's commands to drop the knife and kept saying "you need to leave." *Id.*  After a few minutes, Teekaye saw two kids run across the baseball field and began to chase after them. *Id.*  The officer caught up to Teekaye, drew his firearm, and gave verbal commands to stop and drop the knife. *Id.*  Eventually Teekaye complied, and he was taken into custody. *Id.*  After he was placed under arrest, Teekaye made several comments that he would get the knife back and try to kill the officers. *Id.*  As a result of this incident, Teekaye pleaded guilty to a misdemeanor charge of Disorderly Conduct and was sentenced to Probation Before Judgment with three years of supervised probation. *Id.*

Shortly after this incident, one of Teekaye's former therapists reported to FBI that Teekaye continued to text her periodically, and she believed he had re-engaged with Islam and was not being candid with his new therapist. *See* Ex. 1 (Report of Dr. Schouten), at 18.

**D. Teekaye Attempted to Travel to Africa to Fight for ISIS and Also Plotted to Carry out a Terrorist Attack in the U.S.**

On March 11, 2023, Teekaye "followed" a female FBI undercover officer ("UCO") on Instagram. Between March 11, 2023, and April 16, 2023, Teekaye had multiple conversations with the UCO using the encrypted messaging applications Telegram and WhatsApp.[5] In a conversation on March 11, 2023, Teekaye described himself as a "revert" to Islam. He also talked about how his accounts used to get "shut down all the time," and he "stopped posting those things" in order to avoid scrutiny by "the feds."

On March 28, 2023, Teekaye told the UCO he wanted to travel to Africa, and his "goal" when he got there was "Fisabilillah to make Allah's works the highest" and "to work to establish sharia" and "khilafah."[6] He also stated he would delete these messages. When the UCO asked which group in Africa Teekaye would want to join, he responded, "The Dawlah" (*i.e.*, ISIS), and then deleted the message. Teekaye confirmed that he wanted to join ISIS as a "Mujahideen," *i.e.*, a fighter, and then asked the UCO to delete the chat. Teekaye went on to explain that "what made

---

[5] The UCO preserved these communications, and they have been turned over to the defense in discovery. We summarize the key communications here.

[6] "Fisabilillah" is an Arabic expression meaning "in the cause of God" or "for the sake of God." "Sharia" is the religious law of Islam derived from the Quran and the teachings of the Prophet Muhammad. "Khilafah" (often Anglicized as "caliphate") refers to an Islamic system of governance led by a caliph who acts as the political and religious successor to the Prophet Muhammad and the leader of the global Muslim community. As discussed further below, ISIS's self-proclaimed goals are to establish a transnational Islamic caliphate governed by Sharia law, eradicate modern state borders, and eliminate perceived apostasy and secularism.

me want to be a mujahid" was studying the true meaning of Islam as well as "the history of the Muslims of the past and what they went through and how it went from Muslims having khilafah and doing jihad in Europe to us having so many failed states with puppet leaders who were put by westerners to not rule by sharia."  At one point in the conversation, Teekaye appeared to allude to the possibility of getting married, and the UCO quickly shut it down, saying "I can't marry you.. I'm not looking for marriage."



*Screenshot of chat between Teekaye and UCO on March 28, 2023*

On April 12, 2023, Teekaye sent the UCO several screenshots of news stories about ISIS taking control of territory in the Sahel region of Africa.  The news stories stated that several regions in Mali had been "captured by IS terrorists" and that ISIS was distributing leaflets "dat[ing] back to the peak of the caliphate in Iraq and Syria."

Also on April 12, 2023, Teekaye told the UCO that until he could make hijra to Africa, he would "prepare" to be a mujahideen by exercising and learning Brazilian jiu jitsu.  He also told

the UCO he had experience shooting "guns and pistols" and sent a photo of himself holding a rifle at what appears to be an Airsoft range.

[11:14 PM, 4/12/2023] Michael Teekaye: This was me and my friend 😄 (SENT A 15 SEC VIDEO PICTURE. SHOWN BELOW. WITH A NASHEED PLAYING BY MUSAB AL-ADANI)

The UCO asked Teekaye what he would do if he could not make hijra to Africa. Teekaye responded, "If I don't become a mujahid there I will become a mujahid here." The UCO asked whether Teekaye meant he would "do an attack here" in the United States, and Teekaye responded, "Yeah." When asked where he would conduct an attack, Teekaye said "any place or higher up person that supports Israel as a country that's near me." He added there was "One near me in Columbia … [l]ike 7 minutes away." The UCO asked if Teekaye meant "jews or Israeli supporters," and Teekaye replied, "Both."

Teekaye told the UCO that making hijra to Africa was his "plan a," and conducting an attack in the United States was "plan b" because it carried "[m]ore risks of jail time." However, the following day, April 13, 2023, Teekaye brought up "plan b," telling the UCO he was "having

17

doubts about plan a" and was making plans to acquire a gun for an attack in case "plan a" did not work out.

On April 14, 2023, Teekaye told the UCO: "I was thinking about attacking any building etc that supports Israel directly." He added, "There's some places and building close to me that support." Teekaye continued, "I thought about it and we would gun down key members or anyone involved." He suggested that they "practice with the gun," saying, "[t]here's so many wooden areas here."

Later in the day, Teekaye shared with the UCO screenshots of a text conversation with a third party in which Teekaye agreed to put down a deposit via CashApp in exchange for a gun. Teekaye told the UCO he was "set" if "plan A doesn't work." Teekaye explained that he bought "a couple of pistols" and a "Draco with a scope." (Draco is slang for a compact, AK-47-style, semi-automatic pistol.) Teekaye told the UCO he put down $150 and would pick up the guns "in June if I don't end up traveling." He explained that he knew the seller "[f]rom school." He also instructed the UCO to "delete all the messages you wrote" "[a]nd delete this thread."

Not long after this conversation, Teekaye stopped communicating with the UCO for a time. On May 18, 2023, the FBI interviewed Teekaye at his home. Teekaye claimed he was no longer a Muslim, that he did not believe Jews should be attacked, and that he was not in contact with any jihadists. In June 2023, an FBI CHS ("CHS 2") reported that Teekaye told her he knew his accounts were being monitored by "feds" and he would be deleting his Instagram account soon. As discussed further below, however, evidence later recovered from Teekaye's phone shows that he continued to consume ISIS propaganda and endorse radical jihadist beliefs during the 2023 and 2024 period.

On May 20, May 31, and June 14, 2024, Teekaye practiced shooting assault rifles at Cindy's Hot Shots, a shooting range in Severn, Maryland. Teekaye later told the UCO this was part of his "training." In June 2024, Teekaye posted several photos of himself at the shooting range to his Instagram account, along with the caption: "In Sahih Muslim, the Prophet (saws) said, 'Practice archery and practice horse riding, and that you practice archery is more beloved to me than that you practice riding." This quote is taken from an Islamic hadith that is used by extremists to justify preparation for violent acts. On July 10, 2024, Teekaye posted another photo of himself at the shooting range, along with a caption likening himself to an "Inghimasi," which is an Arabic term used by Islamic extremists to refer to suicide fighters.



On July 12, 2024, Teekaye attempted to purchase a Kalashnikov K-9 9mm rifle at Cindy's Hot Shots for $1,059. Teekaye was required to wait several days for the completion of a

background check, but he put down a deposit on the gun at the store. Below is a photo of the exact rifle he attempted to purchase.



The same day, Teekaye shared an attachment in an Instagram group chat that included a photo of ISIS fighters in Africa preparing to behead a man, next to a photo of himself holding a large machete. He added the comments, "Never trust a Muslim with a machete" and "I ain't coming back from this."



On July 13, 2024, Teekaye told another Instagram user (not a U.S. government entity) that he "bought a rifle," that he "got in contact with people in Africa," and that he was "preparing mentally and physically." He explained that "the brothers[7] I'm talking to are legit for sure," and "[t]hey told me not to go to the masjid[8] or mingle with ppl and shave my beard etc."

The purchase was ultimately denied on July 16, 2024, because Teekaye was on probation. The FBI interviewed Teekaye's probation officer, who confirmed that accessing or attempting to buy a firearm would violate the conditions of his probation. The probation officer also described Teekaye as "almost like a serial killer" and said she thought he was "probably planning a mass crazy shooting." *See* Ex. 1 (Report of Dr. Schouten), at 19. She opined that if Teekaye were not able to purchase a firearm legally, he would find a way to obtain one illegally.

In late July 2024, Teekaye told CHS 2 that he was in touch with ISIS "brothers" on Telegram and that he was supposed to fly to Ethiopia and then travel to a neighboring country. In early August, Teekaye told CHS 2 that he had changed his mind due to concerns about the soundness of the travel plans and because he was worried about "getting caught" by the "feds."

However, in mid-August 2024, Teekaye re-engaged with the UCO and told her that he was in contact with a Somali ISIS fighter regarding his plans to travel to Somalia to join ISIS. In a conversation on August 16, 2024, Teekaye explained that he was supposed to fly first to Turkey, then to Ethiopia, and then cross the border into Somalia. Teekaye explained that the ISIS fighter made Teekaye an Ethiopian e-Visa to facilitate his travel. Teekaye sent the UCO a photo of the Ethiopian e-Visa, which contained Teekaye's biographical information and passport number, and

---

[7] Members of ISIS commonly refer to one another as "brothers" or "sisters."

[8] "Masjid" is another word for a mosque, or place of worship for Muslims.

expired on September 2, 2024.  Later in the conversation, Teekaye told the UCO that he was unsure about his plans to join ISIS, and that, for the time being, he would focus on "trying to learn as much about the deen[9] as possible and also trying to save up money."

On August 21, 2024, Teekaye told the UCO that the ISIS "brothers" told him they could use him "for computers," since he was "gonna be doing cyber security" (at the time, Teekaye was taking cyber-security courses online at Anne Arundel Community College).  Teekaye explained that he wanted to "gain more knowledge and even study in college too and try to educate myself on certain things that could help the ummah [*i.e.*, the Muslim community]." The UCO conveyed her approval, saying "it's better you get more knowledge and a clear understanding before you go."

To the extent Teekaye was telling the truth about being unsure of his plans to join ISIS, however, any indecision was short-lived.  On August 27, 2024, Teekaye told the UCO he had a dream that he was a foreign fighter in Africa and that he was in touch with "actual fighters in Somalia" and "they have my info and photo."  He suggested that he might appear in an ISIS "propaganda video one day working as a cyber security specialist in Africa."  On August 31, 2024, Teekaye sent Instagram messages to another user (not a U.S. government entity) saying that he had "big plans" that had to do with traveling to Africa.  Teekaye said he would not be "arrested as long as I don't show support to anything beforehand" and that he was "getting prepared" and would "delete" his account soon.

On September 1, 2024, Teekaye restated his intention to be an ISIS fighter in a conversation with the UCO.  Teekaye said he would "have to go to a training camp" once he travels. At one

---

[9] "Deen" is an Arabic slang term for the Islamic faith and way of life.

point in the conversation, Teekaye asked whether the UCO would want to get married once they were overseas. The UCO was non-committal, saying, "Yeah, if allah permits."[10] Teekaye later said the UCO's role would be similar to that of the wives of other ISIS fighters. Teekaye remarked that the UCO would have tasks "like even cleaning my rifle maybe." Also on September 1, 2024, Teekaye sent the UCO via WhatsApp an article titled "Terrorists at the gates of Niamey." The article stated that armed groups of "terrorists" had taken control of Tillaberi, near the Nigerian capital of Niamey. Teekaye told the UCO, "There was also an attack today by Daesh [*i.e.*, ISIS] in Niger."

The following day, Teekaye sent the UCO a link to a news story about a person who was arrested after planning to join ISIS in Somalia. Teekaye said, "imagine we both get martyred or you get martyred before me." In a follow-up conversation on September 3, 2024, Teekaye stated that women who get martyred "go down to the lowest heaven to watch their husbands who are still alive, fight in battle."

On September 5, 2024, Teekaye exchanged messages with CHS 2 on Instagram. Teekaye told CHS 2 about his travel plans, saying, "the people in Africa who I'm talking to aren't on bs or anything it's real." Teekaye told CHS 2 he was "nervous," but added, "But I have to do it for the sake of Allah." Teekaye said he had deleted his followers, and "Anytime I plan something that's

---

[10] At this point, it was clear to the FBI that Teekaye was in touch with actual ISIS operatives, that he had trained with and attempted to purchase an assault rifle, and that he was planning imminent action. An outright rejection risked alienating Teekaye and losing the FBI's window into Teekaye's plans and the ability to stop him. The UCO never initiated any sexual or romantic conversation with Teekaye, however. As described further below, she later made clear to Teekaye that she would not travel with him to Africa, and Teekaye confirmed that he was joining ISIS for religious and ideological reasons and not for her.

what I do." He added, "A lot of my friends and family would be flabbergasted to know what I was doing or up to so i have to look normal still."

On September 8, 2024, Teekaye told the UCO that he talked to the ISIS "brother" in Somalia again that day, and "they're fixing the road for everything." Teekaye confirmed his route would be Turkey, then Ethiopia, then Somalia. The UCO asked if the person Teekaye was talking to in Somalia was a fighter, and Teekaye said, "Yeah...but I guess he's like recruiting online." Teekaye also shared the Telegram username of the ISIS brother.

On September 26, 2024, Teekaye told the UCO that he talked to the ISIS brother again, and the ISIS brother was preparing another e-Visa to Ethiopia and a plane ticket for him. Teekaye said, "I gave him my information again and he's working on my visa … I think I might be out of the country by the 30th." On October 1, 2024, Teekaye sent the UCO an image of the new Ethiopian e-Visa he had received from the ISIS brother.



On October 3, 2024, Teekaye met in person with the UCO. Teekaye told the UCO that the ISIS brother said he would help Teekaye buy his plane tickets. When the UCO asked whether Teekaye was nervous about leaving, Teekaye said no; he could not stop thinking about leaving, and once he left he was not coming back. Teekaye said he was only nervous about traveling by himself and getting through airport security without being arrested.

On October 4, 2024, Teekaye told the UCO that he received airline tickets from the ISIS brother for British Airways flight BA228, departing from Baltimore/Washington International Airport (BWI) on October 14, 2024, at 9:25pm, with a final destination of Turkey and a layover at London Heathrow Airport. Teekaye sent the UCO screenshots of the travel itinerary. Records from British Airways confirmed Teekaye's flight itinerary and showed that the flights were booked by a third party through a foreign travel agency for 825 Euros (then equivalent to roughly $906). Later in the conversation, the UCO asked, "You're not making hijrah because of me right?" Teekaye confirmed that he was not, saying, "My Hijra to those lands is only to please Allah and help the religion and Muslims." He added, "Once you make Hijra there's no going back."

On October 10, 2024, Teekaye sent the UCO a photo of himself wearing a black mask and t-shirt and holding a large machete, along with the caption "Abdullah the islamophobe slayer." Teekaye added: "Victory or shahada [*i.e.*, martyrdom].. either you do it here or over there or both."



On October 11, 2024, the UCO asked whether Teekaye was sure he wanted to make hijrah to join ISIS "[b]ecause you know once you go there's no coming back." Teekaye responded that he was "sure" because he had done "a lot of research" and "they are the only group that has the most true and sincere intentions."

On October 14, 2024, FBI agents arrested Teekaye at BWI airport after he had checked in for his flight and proceeded through security. After his arrest, Teekaye made the following unprovoked statements, among others:

> This just proves that when I get out in 20 years, I'll just do it here. I'm just gonna get out in 20 years and I'm just gonna do it here. Okay? Okay? It will never stop. Jihad will never stop. I'll just do it here then, when I get out. I wanted to do it here, actually. I didn't want to go over there in the first place. I want to do it here. So even in jail, I'll maybe do something in there.

Teekaye then made reference to a recent attack in which ISIS prison inmates killed four Russian penal colony guards. He continued:

I'll just do it here.  You think 20 years is something?  I'll be like 40 when I get out, then I'll just do it.  I don't care.  It will never stop.  Jihad will never stop.  I'll come and I'll kill your soldiers.  I'll kill you, and I'll kill . . . .

While making these statements, Teekaye began kicking one of the FBI arresting agents.  He added, "I hope this goes on a news article.  I kicked the fuck out of your dumbass."  A short time later, he continued, "I hope this goes on a news article.  I kicked the fuck out of your ass.  Hopefully in prison I could kill a guard or something."

On the same day as Teekaye's arrest, the FBI executed a search warrant at his home in Howard County and recovered the machete that Teekaye had displayed in photos to the UCO and others.  The FBI also interviewed Teekaye's father.  Teekaye's father reported that he had recently confiscated the machete from Teekaye and hid it in the hall closet.  He also stated that Teekaye has episodes where he "goes off" and attacks members of his family, and that, approximately two weeks earlier, Teekaye had threatened his parents and sister with kitchen knives, forcing them to flee from the house.  PSR ¶ 75.  Teekaye's father also stated that he "used to own two firearms, but disposed of them out of fear [Teekaye] would use them in an act of violence."  *Id.*

### E.  Cell Phone Evidence and Travel Records Confirm that the "Brothers" Who Purchased Teekaye's Airline Tickets for him Were Actual ISIS Operatives

After Teekaye was arrested, the FBI executed a search warrant on Teekaye's Apple iPhone. Teekaye was careful to use encrypted messaging applications such as Telegram, WhatsApp, and Session to communicate with the ISIS "brothers" who purchased his airline tickets for him. Accordingly, most of the content of these conversations is unavailable to law enforcement. However, the FBI was able to extract small pieces of these conversations, either because Teekaye took screenshots of the conversations or because the phone contained recent notifications of incoming messages that Teekaye had not yet deleted when he was arrested.

For instance, on September 6, 2024, Teekaye saved a screenshot of a Telegram conversation with one of the ISIS brothers that included the following exchange:

| | |
|---|---|
| **Teekaye:** | Just myself |
| **[ISIS brother]:** | Ok inshallah kheir |
| **Teekaye**: | Just let me know what I should do or what the plan is Insha'Allah |
| **[ISIS brother]**: | Inshallah don't worry my beloved brother |
| **[ISIS brother]**: | Just take it easy dont talk to anyone be under the radar of this filthy kuffar[11] dont save beard dont do haram it will destroy your hijrah watch out who you talking to who you hang out with dont go pray masajid dont mingle and talk with people. Make duaa dont forget im every sujud the last hour of Friday between adhan and iqamah |
| **Teekaye**: | JazakhAllah khairan for this advice my brother |
| **Teekaye**: | I'll definitely listen |
| **[ISIS brother]**: | Inshallah akhi |

On September 8, 2024, Teekaye saved another screenshot of a conversation with the ISIS brother that included the following exchange:

| | |
|---|---|
| **Teekaye:** | Assalamu Alaikum |
| **Teekaye:** | Insha'Allah brother if I could I would want to make H sooner but the problem is saving up so I have to be a little patient |
| **Teekaye**: | I hope you understand Insha'Allah |
| **[ISIS brother]**: | Walikom salam akhii no problem just lay low litte bit we fixin the road everything will be great inshallah |
| **Teekaye**: | Insha'Allah |

In addition, Teekaye's phone contained notifications of incoming Session messages from one of the ISIS brothers in late September 2024 and early October 2024 (Teekaye's outgoing messages are not available). For instance, the ISIS brother sent Teekaye the following messages regarding travel plans:

| | |
|---|---|
| 9/26/2024: | I fix the visa for you inshallah |
| 9/26/2024: | From which airport are you flying |
| 9/26/2024: | I will work on it soon my beloved brother |
| 9/26/2024: | Akhi remove every message also |
| 9/26/2024: | You were in contact with a brother before |

---

[11] "Kuffar" (or "kafir," in singular form) is a derogatory term commonly used by Islamic extremists to refer to nonbelievers or apostates.

…

| | |
|---|---|
| 10/2/2024: | Inshallah akhii if you have buy it otherwise we fix it inshallah you Allah says do it yourself it's more ajr I want to give you the air ya akhi al habib |
| 10/2/2024: | Na3m aakhi I understand |
| 10/2/2024: | Inshallah |
| 10/2/2024: | I will come back for you inshallah |
| 10/2/2024: | Don't worry my brother |
| 10/3/2024: | I will discuss this with the brothers. How can I be sure that you will fly if we pay it |
| 10/3/2024: | Akhi I didn't read your message |
| 10/3/2024: | Ok tomorrow I give the response inshallah |
| 10/4/2024: | Salem aleyikom I discussed your matter. So the biggest airport for you is Baltimore right. So could you take cab or something to Baltimore airport akhi from where you are i |
| 10/4/2024: | Inshallah I will book it today |
| 10/4/2024: | Ok inshallah kheir be active the next 40 min inshallah it's important I will book inshallah |
| 10/4/2024: | U ready |
| 10/4/2024: | No I will book now inshallah |
| 10/4/2024: | Monday from Washington dc BWI |
| 10/4/2024: | Monday evening I will send you all the details if its good |

…

| | |
|---|---|
| 10/6/2024: | Salam aleyikom flight is tomorrow |
| 10/6/2024: | Ah I'm sorry ou right |
| 10/6/2024: | You right I have many who flighs |

…

| | |
|---|---|
| 10/12/2024: | Walikom Salam your boarding pass I will se if I can get ut 24 h before your flight |
| 10/12/2024: | But you have it on your ticket you can go Straight to airport without boarding pass just be at the airport 4 hours before your.flight |
| 10/13/2024: | Salam aleyikom akhi |
| 10/13/2024: | Are you ready listen for boarding pass you can enter British Airways website and put in your reference code on the ticket and your last name |

…

| | |
|---|---|
| 10/14/2024: | How are things going |
| 10/14/2024: | Inshallah they will check you in no problem |

10/14/2024:    As soon.  They check you in tell me
10/14/2024:    ?
10/14/2024:    Ok I waiting inshallah
10/14/2024:    ?
10/14/2024:    Text me. before take off inshallah
10/14/2024:    ?

As noted above, records from British Airways show that Teekaye's flights were purchased by a third party through a foreign travel agency.  The foreign travel agency provided records showing that the flights were purchased using cryptocurrency.  The travel agency was able to trace the cryptocurrency wallet used to pay for Teekaye's tickets to over 150 related bookings for different individuals to travel from countries across the globe to Turkey, Ethiopia, and Somalia.[12] These bookings were made using a variety of emails and phone numbers and totaled over $100,000.  Many of the bookings were one-way flights.  Most of the travelers had traditional Muslim names.  Most of the origin countries were in the Middle East and Africa, but there were a small number of flights from the United States, Germany, Italy, and the Czech Republic.

The phone evidence and travel records confirm what Teekaye himself told the UCO and others—that the "brothers" with whom he was dealing were actual ISIS operatives.  The travel records in particular indicate that the ISIS operatives were likely part of a sophisticated and well-funded cell of ISIS recruiters.

### F. Evidence from Teekaye's Phone Shows that He Rabidly Consumed ISIS Propaganda, Supported ISIS's Terrorist Goals, and Came Dangerously Close to Carrying Out a Terrorist Attack

Evidence from Teekaye's cell phone shows that throughout the 2023 and 2024 period, he sought out, consumed, and disseminated vast quantities of ISIS propaganda and even created some

---

[12] These records contain a wealth of personally identifying information and are not included here, but they have been turned over to the defense in discovery.

of his own.  He also extensively researched ISIS terrorist attacks and their perpetrators, repeatedly looked for ways to acquire firearms and other weapons, identified specific Jewish targets in his area, and deleted evidence and took other steps to avoid law enforcement scrutiny.  It is clear from this evidence that he was deeply inculcated in ISIS's ideology, that he was determined to wage jihad on behalf of ISIS, and that he came dangerously close to committing a terrorist attack on U.S. soil.

The FBI compiled some of the highlights of the evidence from Teekaye's phone in reports that are attached to this memorandum.  *See generally* Exhibit 3 (FBI Reports on Teekaye Phone Extraction) (Under Seal).  Some salient examples are provided below:

- On September 18, 2022, Teekaye saved a video extolling the virtues and rewards of those who fight and die in the service of Allah.  *See* Ex. 3, at 42.

- On September 26, 2022, Teekaye saved a video bearing the official logo of ISIS's Al-Hayat Media Centre, which shows a child preparing to execute two prisoners with a handgun.  An adult in the video accuses the prisoners of spying on "Muslims and mujahidin."  *See* Ex. 3, at 41.

- On October 25, 2022, Teekaye saved a video showing ISIS fighter Mohammed Emwazi, a/k/a "Jihadi John," preparing to behead American journalist Steven Sotloff.  The video displays the ISIS flag and the logo of ISIS media outlet Al-Furqan.  In the video, "Jihadi John" brandishes a knife and says, "Just as your missiles continue to strike our people, our knife will continue to strike the necks of your people."  *See* Ex. 3, at 39.



- On November 7, 2022, Teekaye saved a screen recording of a well-known pro-ISIS nasheed[13] titled "Coldly Kill Them," which included the lyrics "Coldly kill them with hate and rage/they fought Islam day and night/ … stab them, shoot them, or a blast/make their media cry and broadcast/the khalifa gave that command." *See* Ex. 3, at 42.

- On December 3, 2022, Teekaye created a video showing himself shooting an airsoft gun, along with a caption about how he was making his "mujahidah aunt" in West Africa "proud." *See* Ex. 3, at 44.

- On January 9, 2023, Teekaye posted a photo of himself wearing all-black clothing and holding an airsoft gun, accompanied by the text "War is war." On March 16, 2023, Teekaye posted a photo of himself with a black flag emoji over his nose and mouth, accompanied by a Quranic verse about rejecting false idols and submitting only to Allah.



---

[13] A nasheed is a vocal music track or chant in the Islamic tradition.

- On March 20, 2023, Teekaye created his own video that included a screenshot of video search results for the "nick berg execution," along with a nasheed playing in the background. *See* Ex. 3, at 40. Nick Berg was a Jewish-American civilian who was captured and beheaded by Islamist militants in Iraq in 2004.

- Between November 6, 2023, and December 23, 2023, Teekaye posted a series of videos to his Instagram account advocating violent jihad, celebrating martyrs who receive rewards from Allah in Paradise, and encouraging parents to "raise your children upon jihad." *See* Ex. 3, at 35–36.

 

- On December 9, 2023, Teekaye posted two videos to his Instagram account with audio recordings from ISIS's Al-Hayat Media Centre. Teekaye edited the videos and added his own narration in which he stated: "Since you O America continuously strike the Muslims on the ground and in the air, we will continuously strike the necks of your people." Teekaye's message was very similar to the message by ISIS fighter "Jihadi John" during the beheading of American journalist Steven Sotloff, described above.

- On December 15, 2023, Teekaye posted a photo of Anwar Al-Awlaki holding an assault rifle with the text "Free Arabia by any means necessary" and a graphic of a person wearing Hasidic Jewish attire with an X over his head. Anwar Al-Awlaki was a prominent leader of al-Qaida linked to the 2009 Fort Hood massacre and the Christmas Day "Underwear Bomber." Teekaye posted additional videos of Al-Awlaki on December 26, 2023, and July 10, 2024.

  

- On February 17, 2024, Teekaye posted a story to Instagram in which he cited a journalist's post about the increasing numbers of terrorist attacks by al-Qaida and ISIS in the Sahel region of Africa. Teekaye added the text: "Belgian journalist really concerned of what's happening in west Africa with jihadism, to the point he thinks terrorism might one day come to Europe from the African regions."

- On June 16, 2024, Teekaye sent a message to another Instagram user that said: "And people think these Zionists will be stopped by word of mouth? These Zionists are our enemies, no one but a fool would go to the enemy and try to reason with them on why they killed their loved ones or people dear to them."

- On July 10, 2024, Teekaye posted a video to Instagram from ISIS's Al-Hayat Media Centre depicting President Biden saying "We stand with Israel," along with clips purporting to show bombs dropping on Muslim children. The same day, Teekaye posted a video of himself shooting an assault rifle at Cindy's Hot Shots with a caption referring to himself as an "inghimasi," which is a term commonly used by Islamic extremists to refer to suicide fighters. *See* Ex. 3, at 35.

 

- On July 12, 2024, Teekaye saved a photo to his phone from an ISIS newsletter that day, which showed ISIS members in Niger holding an ISIS flag and preparing to decapitate an ISIS prisoner. The caption accompanying the photo in ISIS's newsletter reads "Implementing Shariah-based punishments." The same day (which was also the day Teekaye attempted to purchase an assault rifle), Teekaye posted the photo on Instagram alongside a photo of himself holding a machete. *See* Ex. 3, at 15–16.

- On August 3, 2024, Teekaye saved a screenshot of an Instagram post about what makes a person a true "shaheed," or martyr. The post stated: "Jihad is only feesabilillah when you f*ght to make the word of Allah the highest, when your resistance is to establish Shariah and to rule the land and the people by the laws of Allah." *See* Ex. 3, at 18.

- Teekaye's iCloud account contained numerous extremely graphic ISIS beheading videos, including one disseminated by ISIS's Al Hayat Media Centre that was last modified by Teekaye on August 10, 2024.

- On August 19, 2024, Teekaye saved a screenshot from the ISIS-affiliated media outlet AMAQ News showing ISIS members in Mozambique holding an ISIS flag and weapons. The same day, Teekaye saved a screenshot from a video documenting an ISIS attack on the Mozambique Defense Forces. *See* Ex. 3, at 19–20.

- On September 5, 2024, Teekaye saved the cover of a publication bearing the ISIS flag titled "The Story of an American Jihaadi Part One" by the Somali Islamist militant Abu Mansuur

al-Amriiki.  He also saved a photo of a group of individuals in the African Sahel region holding an ISIS flag.  *See* Ex. 3, at 51–53.

 

- On September 14, 2024, and October 1, 2024, Teekaye downloaded an ISIS publication titled "How to survive in the West. A mujahid guide 2015 (Anonymous, DAESH manual)." *See* Ex. 3, at 47.  Teekaye saved several pages from this book as screenshots in his phone, including pages from chapters titled "Hiding the Extremist Identity" and "Jihad Begins." *See id.* at 48–49.

- On September 18, 2024, Teekaye saved a video containing the dying words of a fighter injured in the 2016 battle of Khan Touman between the Syrian army and the terrorist group Jabhat al-Nusra. The video describes the fighter as "an Inghimasi (one who submerses himself in enemy lines with no intent to come back [i.e. either victory or martyrdom])." *See* Ex. 3, at 32.  As noted above, Teekaye referred to himself as an "inghimasi" in a July 2024 Instagram post that depicted him shooting an assault rifle.

- On September 30, 2024, Teekaye searched for and accessed another ISIS publication titled "Black Flags from Palestine," the cover of which depicts heavily armed men standing in front of an ISIS flag with the caption "you will attack al-Dajjal (the AntiChrist in Israel) & Allah will make you victorious over him – (Prophet Muhammad)."  *See* Ex. 3, at 49–50. Teekaye saved over 20 pages from this publication as screenshots in his phone, many of which contained anti-Israel and antisemitic rhetoric.  *See id.* at 50.

- Also on September 30, 2024, Teekaye saved a video bearing the logo for Al-I'tisam Media (a media arm of ISIS), showing masked men holding up ISIS flags and firearms.  Some of these men hold up an index finger in a gesture known as the Tawhid that is commonly used by ISIS members.  *See* Ex. 3, at 37.



- Teekaye frequently used the Tawhid gesture himself, as shown in the below photos from his cell phone and Instagram account in September 2024. *See* Ex. 3, at 24–25, 42–43.

  

- On October 1, 2024, Teekaye saved a video displaying the ISIS logo with a montage showing ISIS fighters engaged in brutal violence, including beheading prisoners, while a nasheed played in the background. English subtitles included the lyrics: "You my brother … come forth to your jihad … with glory of Allah/raise up the banner … get the disbelievers … spilling off there [sic] blood/ striking off there [sic] necks…" Teekaye deleted this video October 14, 2024 (the day of his arrest). *See* Ex. 3, at 38–39.

37

 

- On October 3, 2024, Teekaye saved a screenshot of a Twitter news story stating: "The U.S. command chief #AFRICOM emphasized that Ethiopia is an anchor state & key front-line state against terrorism, especially with the growing threat of ISIS in Somalia." *See* Ex. 3, at 21.

- On October 13, 2024 (the day before his arrest), Teekaye searched for and accessed the e-book "Miracles in Syria." *See* Ex. 3, at 50–51. This book provides operational security recommendations on how to travel to Syria to join in jihad, stories from the battlefield favorable of ISIS, stories extolling martyrdom, and a list of "muslim fighters from around the world." *See id.* Teekaye deleted his search for this publication. *See id.*

The internet search history in Teekaye's phone was particularly revealing. Many of Teekaye's searches were deleted by him, and there is no date information associated with them. *See* Ex. 3, at 1. Some of Teekaye's more notable search history is summarized below:

- **Searches Related to ISIS**: Teekaye conducted numerous searches related to ISIS, including: "watchpeopledie isis"; "isis special forces"; "isis africa"; "isis sahel"; "somalia al hol"; "A top UN official tells the Security Council that ISIS affiliates gaining power in Africa, including Somalia, where the group hosts foreign fighters"; "isis fighter 2013 photos"; "10 year old isis fighter"; "isis flames of war American"; "isis child soldier"; "isis go undercover"; "isis invade home"; "adnani isis"; "you grant yourself the right to massacre us nasheed isis"; "isis algeria"; "isis sinai"; "flames of war isis american executioner"; "isis training children"; "isis nasheed archive"; "isis belgium executioner"; "isis mozambique shaheed"; "isis behead libya"; "jihad Liberia"; "Liberia terrorism"; "sierra leone jihad"; "isis take over airbase"; "jaish al islam battle isis wpd"; "isis Yarmouk battle video"; "anwar al awlaki lectures archive the Islamic state english"; and "the islamic state english education archive."

- **Searches Related to Specific Terrorist Attacks/Terrorists**: Teekaye conducted numerous searches related to specific terrorist attacks and terrorists, including: "isis paris attack 2015 gunman al hayat" (referring to a series of coordinated ISIS terrorist attacks in

Paris in November 2015 that killed around 130 people); "France 2015 attackers"; "paris attacks suspects"; "westgate mall shooting" (referring to the 2013 massacre of around 71 people at a shopping mall in Kenya); "mad mullah jihadi john" (referring to ISIS fighter Jihadi John, who beheaded multiple American and British captives in videos disseminated by ISIS to the public); "Umm Basir al-Muhajirah" (a French female terrorist who took part in the January 2015 il-de-France attacks that killed 17 people); "camp Speicher massacre" (referring to ISIS's 2014 massacre of around 1,700 unarmed cadets of the Iraqi Armed Forces); "isis execute Russian spies the young turks" (referring to a 2015 video released by ISIS showing a child execute two Russian men accused of spying against ISIS in Turkey); "oxford street 2020 stabbing" (referring to a 2020 fatal machete attack on a London boy); and "juba sniper" (referring to a sniper in the Sunni insurgent group Islamic Army in Iraq who allegedly killed dozens of American solders).

- **Searches Related to Acquiring/Concealing Firearms & Other Weapons**: Teekaye conducted numerous searches related to acquiring and concealing firearms and other weapons, including: "can my probstion ofccier see if I purchased a firearm"; "probation no firearm court order will they know"; "what should I bring when buying my first rifle"; "5 day delay rifle"; "delayed rifeld background check 20 years old"; "I bought a rifle behind my parents back"; "can I walk outside with a rifle in md"; "putting rifle in backpack"; "gun dealers near me"; "hanover gun store"; "kr9 cindy's hot shot"; "kr9 magazine"; "kr9 suppressor"; "6 chest rig 9mm"; "Mag Rapid Response Light Chest Rig"; "yakenda pistol chest rig 9mm"; "different type of ak47"; "tactical vest for 9mm"; "how much is 9mm ammo"; "go pro for rifle"; "9mm ammo bass pro"; "p80"; "Crosman 2240 Bolt Action CO2-Powered .22 Pistol powerful"; "ballista crossbow pistol amazon"; "b14 pistol"; "zombie killer knife"; "left hand recurve bow"; Reaor 11005 Tac Meridius Machete"; "combat commander machete"; "zombie machete online buy"; "deadliest machete"; "can I brin myachete to Africa"; and "bare knuckle tactical gloves airport check."

- **Searches Related to Individuals Who Travel to Join ISIS**: Teekaye conducted numerous searches related to individuals who travel to join ISIS, including: "americans who fled and joined isis"; "man joins isis in sahel"; "isis sahel foreign fighters"; "American isis fighter"; "man trying to join isis in somalia"; "isis somalia foreign fighter"; "Zakia Nasrin" (an American female who joined ISIS in Syria); "fabio pocas" (a Portuguese man who joined ISIS in Syria); "denis cuspert" (a German rapper who converted to Islam and joined ISIS in Syria); "sterlina petalo Syria" (a Dutch woman who traveled to Syria to marry an ISIS fighter); "Mohammed elomar," "Khaled sharrouf Syria, and "Tyler Casey syria" (three Australians who joined ISIS in Syria); "Yago Riedjik" (a Dutch citizen who joined ISIS in Syria); "ibrahim Iqbal isis" (a 15-year-old British citizen who traveled to Syria to join ISIS); and "islam yaken Egypt isis" (an Egyptian who joined ISIS in Syria and died in a suicide attack).

- **Searches Related to Logistics of Traveling to Ethiopia and Somalia**: Teekaye conducted numerous searches related to the logistics of traveling to Ethiopia and Somalia and the gear he might need there, including "how much is a hotel in ethiopia addis"; "cheap

hotels addis"; "what should I bring to my trip to ethiopia"; "does bank of america work in Ethiopia"; "immigration and citizenship services Ethiopia"; "do you need visa for somalia"; "can I use my Ethiopian visa for Somalia"; "how much for somali visa"; "does it get cold in somalia"; "puntland somalia cold"; "light jacket for sand and desert"; "devgru night vision goggles"; and "gorka suits idlib."

- **Searches Related to Operational Security and Avoiding Detection by Law Enforcement**: Teekaye conducted numerous searches related to operational security and avoiding detection by law enforcement, including "can whatsapp calls be recorded"; "can whatsapp calls be tapped"; "can law enforcement listen to whatsapp calls"; "can feds tap into whatsapp"; "will deleting telegram app delete messages"; "can police find deleted messages on telegram"; "does session chat notify screenshots"; "non trackable phone"; "getting new number on phone tapped"; "how to untap your phone"; "airplane mode police tracking"; "travel document how long does it take probation"; "will my probation officer know if I fly internationally"; "going on the run from probation international"; "travelling internationally without po knowing"; "no fly list traveling outside of usa"; "terrorist screening bwi"; "can fbi know when youre about to board a flight"; "fbi v. sociopath"; and "fbi v. psychopath."

- **Searches Related to the Crime of Providing Material Support to a Foreign Terrorist Organization**: Teekaye conducted numerous searches relating to the specific crime he was ultimately convicted of, including: "man charged with providing material support to terrosits fbi visa"; "attempted material support meaning terrorism"; "man arrested in Ethiopia terrosims attempted material support"; "man arrested in Ethiopia terrosims"; "getting questioned in ethiopai"; "ethiopia anti terrorism agency"; "can I be extradited out of Ethiopia"; "man arrested om Somalia:' "man arrested in Somalia suspected of trying to join"; "boy arrested for trying to noin isis in Somalia"; "17 year old arrested isis Somalia"; and "abdi nur isis" (referring to a Minnesota man who traveled to fight with ISIS in Syria in 2014 and was charged federally with providing material support to a foreign terrorist organization).

*See* Ex. 3, at 1–9.

Most significantly, Teekaye's search history and notes show that he plotted to carry out an attack against specific Jewish and pro-Israel targets near him. On August 30, 2024, shortly before 3:00a.m., Teekaye conducted multiple searches for "does wearing all black make you harder to identify feds"; "how to escape murder"; "how to break into a home"; and "breaking glass without noise." Within minutes of these searches, Teekaye conducted 17 searches for "██████████ in

columbia md" or a similar variation.[14]  Teekaye deleted all of these searches.  *See* Ex. 3, at 9.  As noted above, Dr. ███████████ is a Jewish psychologist who treated Teekaye in 2020 and reported to police that Teekaye had threatened to kill him.

Teekaye also conducted searches for "rabbi ████████ israel"; "rabbi ████████"; "████████ address maryland"; "████████ address"; "████████ address rabbi"; "when is jewish congregation"; "israel organizations maryland howard county md"; and "Jewish Federation of Howard County."  *See* Ex. 3, at 9.  ████████ is a rabbi who formerly worked at the ████████████████████████████████ and served on the board of the Jewish Federation of Howard County.  There was no date information associated with these searches, but on May 4, 2024, Teekaye entered a note in his phone containing ████████'s name and address. *Id.* at 11.  This was around the same time Teekaye began training at a shooting range and attempted to buy an assault rifle.

Even earlier than that, in March and June 2023, Teekaye entered notes in his phone with the name "████████."  *Id.* at 11–12.  ████████ was the ████████ of the Jewish Federation of Howard County.  These notes were entered around the same time Teekaye was telling the UCO that he was researching Jews and Israeli supporters near him so he could "gun down key members or anyone involved."  Teekaye also told the UCO he had put down money to purchase guns illegally from an acquaintance, and he planned to pick up the guns in June 2023 if he did not make hijra to Africa.

---

[14] Teekaye also conducted—and deleted—searches for "how to pick locks into door"; "sticky tape over window breaking glass"; "latex gloves"; "how likely is someone to get caught with a mask on crime"; and "committing a crime then fleeing to another state."  *See id.* at 8–9.  There is no date information associated with these searches, but it is reasonable to believe they were conducted around the same time.

Dr. ███████ and Rabbi ████ were deeply affected by Teekaye's crime and have submitted victim impact statements advocating for the maximum sentence allowed by the plea agreement. *See* Exhibit 4 (Victim Impact Statement of Dr. ██████████) (Under Seal); Exhibit 5 (Victim Impact Statement of Rabbi █████████) (Under Seal). Rabbi ████ plans to speak at the sentencing.

### G. Teekaye Secreted Weapons in His Jail Cell Even After Pleading Guilty

On March 15, 2026—roughly two months after Teekaye pled guilty in this case—a sergeant with the Maryland Department of Public Safety and Correctional Services conducted a search of the jail cell Teekaye shared with another inmate at the Chesapeake Detention Facility. *See* Exhibit 6 (DPSCS Reports), at 1. Concealed inside the mattress on the top bunk, the sergeant recovered a homemade knife measuring approximately four inches long, wrapped with a white cloth at one end and sharpened to a point at the other end. *Id.* From inside a tote within the same cell, the sergeant recovered a second, ice pick-type weapon, sharpened to a point at one end and measuring approximately 5.5 inches long. *Id.* Teekaye claimed sole responsibility for the weapons and pled guilty to jail infractions for possessing, using, or manufacturing a weapon and possessing contraband. *Id.* at 4. The weapons are pictured below.

 

*Weapons recovered from Teekaye's jail cell on March 15, 2026*

Teekaye's possession of these weapons even after he pled guilty is evidence of his ongoing dangerousness, particularly in light of his post-arrest threat to "kill a guard" while in prison. It was also a felony violation of 18 U.S.C. § 1791, which provides that an inmate of a prison who "makes, possesses, or obtains, or attempts to make or obtain, a prohibited object" shall be punished by up to five years in prison if the prohibited object is "an object that is designed or intended to be used as a weapon." *See* 18 U.S.C. § 1791(a)(2), (b)(3), (d)(1)(B).

## III. THE TERRORISM ENHANCEMENT APPLIES

The terrorism enhancement, U.S.S.G. § 3A1.4, increases a defendant's offense level by 12 points and elevates his criminal history to VI "[i]f the offense is a felony that involved, or was intended to promote, a federal crime of terrorism." U.S.S.G. § 3A1.4. "Federal crime of terrorism" is defined to mean "an offense that—(A) is calculated to influence or affect the conduct of

government by intimidation or coercion, or to retaliate against government conduct; and (B) is a violation of" one of a list of enumerated statutes. *See* U.S.S.G. § 3A1.4, App. Note 1; 18 U.S.C. § 2332b(g)(5); *United States v. Chandia*, 514 F.3d 365, 375–76 (4th Cir. 2008) ("*Chandia I*"). The list of enumerated statutes includes providing material support to a foreign terrorist organization in violation of 18 U.S.C. § 2339B, the offense to which Teekaye pled guilty. *See* 18 U.S.C. § 2332b(g)(5).

As the Fourth Circuit has explained, the terrorism enhancement serves the important purpose of "punishing more harshly than other criminals those whose wrongs served an end more terrible than other crimes." *United States v. Benkahla*, 530 F.3d 300, 313 (4th Cir. 2008); *see also United States v. Meskini*, 319 F.3d 88 (2d Cir. 2003) ("Congress and the Sentencing Commission had a rational basis is for concluding that an act of terrorism represents a particularly grave threat because of the dangerousness of the crime and the difficulty of deterring and rehabilitating the criminal, and thus that terrorists and their supporters should be incapacitated for a longer period of time.").

The terrorism enhancement does not "automatically appl[y]" to every § 2339B material support conviction. *Chandia I*, 514 F.3d at 376. Rather, the intent requirement is met where the court "reasonably infer[s] by a preponderance of the evidence" that the defendant (1) knew of the organization's "terrorist purpose" and (2) "intended to advance that purpose in providing material support." *United States v. Chandia*, 675 F.3d 329, 340 (4th Cir. 2012) ("*Chandia III*"); *see also United States v. Elshinawy*, 781 Fed. App'x 168, 174 (4th Cir. 2019) ("Our published cases hold that the government may prove the requisite intent with evidence that a defendant gave material aid to a foreign terrorist group knowing and supporting that group's goals of coercing or avenging

government conduct."); *United States v. Hammoud*, 381 F.3d 316, 356 (4th Cir. 2004) (affirming application of the terrorism enhancement where evidence indicated that defendant who provided funding to Hizbollah was "well aware of Hizballah's terrorist activities and goals and that he personally supported this aspect of Hizballah"), *vacated on other grounds*, 543 U.S. 1097 (2005).[15]

On the other hand, where "the acts underlying the conviction" include "violent terrorist acts," they can, "standing alone, support application of the terrorism enhancement" based on "an automatic inference of the required intent." *Chandia I*, 514 F.3d at 376. The Fourth Circuit has indicated that "violent terrorist acts" include inchoate crimes such as conspiracies and attempts. *See id.* (citing *United States v. Mandhai*, 375 F.3d 1243 (11th Cir. 2004), as an example of a case where there was an automatic inference of the required intent based on a "conspiracy to force changes in government policy by blowing up public utility structures"); *United States v. Arthur*, 160 F.4th 597, 613–15 (4th Cir. 2025) (affirming application of the terrorism enhancement based on district court's finding that the defendant's conduct "involve[d] distributing information [about bomb-making] knowing that it would be used to murder or attempt to murder an officer or employee of the United States" in violation of an enumerated terrorism offense, 18 U.S.C. § 1114); *United States v. Elshinawy*, 781 Fed. App'x 168, 174–75 (4th Cir. 2019) (affirming application of the terrorism enhancement, finding evidence that the defendant, at one point, "intended to carry

---

[15] A court deciding whether to impose the enhancement in the context of a material support conviction must "resolve any factual disputes that it deems relevant" to the enhancement and then "identify the evidence in the record that supports its determination." *United States v. Hassan*, 742 F.3d 104, 148 (4th Cir. 2014) (quoting *Chandia I*, 514 F.3d at 376). The standard of proof is a simple preponderance of the evidence, and the court may make reasonable inferences based on circumstantial evidence. *See Chandia III*, 675 F.3d at 339–41; *United States v. Khweis*, No. 22-4406, 2023 WL 4993685, at *3 (4th Cir. Aug. 8, 2023).

out a terrorist attack in the United States in ISIS's name … alone probably suffices to establish the necessary intent").

Consistent with *Chandia*, numerous cases in the Fourth Circuit and elsewhere have concluded that the terrorism enhancement applies where a defendant offers himself as a fighter for a terrorist group or assists in funding or recruiting fighters for the group. *See, e.g.*, *United States v. Hassan*, 742 F.3d 104, 149–50 (4th Cir. 2014) (finding evidence of intent where the defendant was "trying to offer himself as a fighter" with the "goal of waging violent jihad" and "kill[ing] non-Muslims"); *United States v. Young*, 818 Fed. App'x 185, 193–94 (4th Cir. 2020) (affirming application of the terrorism enhancement where the defendant provided funding "to assist ISIL in soliciting additional *fighters*—leading to the inference that he knew the aid would be used to support its mission to overturn governments") (emphasis in original).

A defendant's possession of terrorist propaganda also supports an inference that the defendant understood and supported the group's terrorist purpose. For example, in *Young*, the defendant's electronic devices contained "a number of pro-ISIL lectures [that] described ISIL's goals of overturning certain governments," as well as "bookmarks to video-links concerning ISIL's execution of 'spies,'" and "ISIL 'nasheeds' (or religious songs) endorsing fighting on behalf of the caliphate." *Young*, 818 Fed. App'x at 193–94 n.8. The Fourth Circuit held this evidence supported the inference that the defendant "was aware of and advocated ISIL's goal to overturn modern governmental systems and establish a caliphate." *Id.*; *see also Hammoud*, 381 F.3d at 340–41 (concluding that Hizbollah videotapes found in the defendant's home that praised men who had martyred themselves against America and Israel and encouraged donations to support Hizbollah's operations were probative of the defendant's "knowledge of, and agreement with, the

terrorist objectives of Hizbollah"); *Hassan*, 742 F.3d at 149 (holding that the defendant's social media postings "advancing jihadist propaganda including the teachings of Anwar al-Awlaki, as well as [his] efforts to create and disseminate his own rhetoric on the internet" supported a finding that he had the requisite intent); *United States v. Khweis*, No. 22-4406, 2023 WL 4993685, at *4 (4th Cir. Aug. 8, 2023) (affirming application of terrorism enhancement based in part on "content on [the defendant's] phones, including images of the 9/11 attacks and ISIL fighters with weapons"); *United States v. Bell*, 81 F. Supp. 3d 1301, 1311–12 (M.D. Fla. 2015) (holding that the defendant's own statements about his plans to become active in violent jihad, combined with the ISIS-related propaganda found on his computers, were sufficient to establish that the defendant's purpose was to "promote a crime of terrorism").

Significantly, it is the defendant's *intent* or *purpose* in providing material support that matters, not his underlying motivation. *See United States v. Kobito*, 994 F.3d 696, 703 (4th Cir. 2021) ("[I]t is the defendant's purpose that is relevant, and if that purpose is to promote a terrorism crime, the enhancement is triggered.") (quoting *United States v. Mandhai*, 375 F.3d 1243, 1248 (11th Cir. 2004)).

For example, in *United States v. Awan*, 607 F.3d 306 (2d Cir. 2010), the defendant was convicted of material support for helping transfer funds to a Sikh terrorist organization in India to support creation of a separate Sikh state. The district court declined to impose the § 3A1.4 enhancement based on its finding that the defendant "had private purposes in mind," and enjoyed the "prestige and influence" derived from associating with terrorists and members of the Pakistan intelligence services. *Id.* at 316. The Second Circuit reversed, holding that the defendant's "motive" was irrelevant to the intent prong of § 2332b(g)(5):

Though § 2332b(g)(5)(A) has been referred to as encompassing a "motivational element" or requirement, that characterization is more confusing than helpful. Section 2332b(g)(5)(A) does not require proof of a defendant's particular motive. "Motive" is concerned with the rationale for an actor's particular conduct. "Calculation" is concerned with the object that the actor seeks to achieve through planning or contrivance. Calculation may often serve motive, but they are not, in fact, identical. Section 2332b(g)(5)(A) does not focus on the defendant but on his "offense," asking whether it was calculated, *i.e.*, planned—for whatever reason or motive—to achieve the stated object. Thus … the section is better understood as imposing a requirement that the *underlying felony* [be] calculated to influence or affect the conduct of government by intimidation or coercion, or to retaliate against government conduct. Clearly, a person may intend and may commit an offense that is so calculated even if influencing or retaliating against government is not his personal motivation. Thus, a person who murders a head of state, for instance, sure in the knowledge that his crime will influence or affect the conduct of government, satisfies the terms of § 2332b(g)(5)(A) even if his particular *motivation* in committing the murder is to impress a more established terrorist with his abilities.

*Id.* at 317 (internal citations and quotation marks omitted).

*Awan* held that if the government established that the defendant knew that the terrorist organization's objective "was to influence the Indian government through violence," and that the funds he provided "would be used toward that end," then "such proof could demonstrate that Awan's crimes were calculated to influence the conduct of government even if he was not personally motivated by that object." *Id.* at 317–18. As the Second Circuit explained: "A hired assassin who kills a political leader at the behest of a terrorist organization can hardly disclaim that his crime was calculated to influence the conduct of government simply because he was motivated by greed rather than politics." *Id.* at 318.

Similarly, in *United States v. Van Haften*, 881 F.3d 543 (7th Cir. 2018), the Seventh Circuit upheld a district court's application of § 3A1.4, finding that the defendant's motivation was irrelevant where his statements "demonstrate[d] that he sought to join ISIS to take up arms against America and Americans." *Id.* at 544–45. The court rejected the defense argument that the

48

defendant's "motivations fluctuated over time and that his worldview was not always consistent." *Id.* As the court explained, "it is unimportant *why* Van Haften wanted to retaliate against the government. All that matters is that he did, in fact, commit a crime calculated to retaliate against the government." *Id.* The court went on to explain:

> A desire for safety and Islamic fellowship may have contributed to Van Haften's decision to travel to Syria, but this innocent desire was not Van Haften's sole, or even primary, motivation for attempting to join ISIS. The terrorism enhancement applies so long as the defendant's conduct was "calculated ... to retaliate against government conduct," even if it was also calculated to accomplish other goals simultaneously.

*Id.* at 544–45.

The Eleventh Circuit agreed in *United States v. Jayyousi*, 657 F.3d 1085 (11th Cir. 2011). There, the defendants were convicted of material support for terrorism resulting from their efforts to support Islamic violence abroad. The defendant asserted their motives were benign and they were simply providing humanitarian aid to oppressed Muslims. In upholding the district court's application of the terrorism enhancement, the Eleventh Circuit held that the intent prong of § 2332b(g)(5) is focused "on the intended outcome of the defendants' unlawful acts—*i.e.*, what the activity was calculated to accomplish, not what the defendants' claimed motivation behind it was." *Id.* at 1115. The court concluded that "the defendants' support activities were intended to displace 'infidel' governments that opposed radical Islamist goals. [The defendants] spoke expressly about their desire to impose Sharia, toppling existing governments in the process. Defendants' motive 'is simply not relevant.'" *Id.* (quoting *Awan*, 607 F.3d at 317); *see also United States v. Haipe*, 769 F.3d 1189, 1193 (D.C. Cir. 2014) (holding that the defendant's desire "to benefit the local Muslim community" did not preclude application of the § 3A1.4 where the evidence "clearly evinced an intent to influence government policy through coercion and

intimidation"); *United States v. Wright*, 747 F.3d 399, 418 (6th Cir. 2014) (Clay, J., concurring) ("So long as the defendant intended to influence [the] conduct of government, the terrorism enhancement will apply even if the defendant also harbored other motivations, such as an intent to gain financial reward or impress a sweetheart.").

Here, overwhelming evidence supports the application of the terrorism enhancement. Teekaye's admissions in his plea agreement and a wealth of additional evidence establish that he was well aware of ISIS's "terrorist purpose" and "intended to advance that purpose in providing material support." *Chandia III*, 675 F.3d at 340. To recap some of the more significant evidence of Teekaye's intent:

- As he admitted in his plea agreement, he attempted to provide material support to ISIS by offering himself as a "mujahid," or fighter, and he did so "knowing that ISIS … engages, in terrorist activity and terrorism." ECF 56-1, at 1. He also agreed that "the offense involved the attempted provision of material support or resources with the intent, knowledge, or reason to believe they are to be used to commit or assist in the commission of a violent act." ECF 56, at 5. He further admitted to shooting assault rifles as part of his training to become an ISIS fighter. *See* ECF 56-1, at 1. These admissions, by themselves, are likely sufficient to support application of the terrorism enhancement based on "an automatic inference of the required intent." *Chandia I*, 514 F.3d at 376; *see also Elshinawy*, 781 Fed. App'x at 174–75; *Hassan*, 742 F.3d at 149–50; *Young*, 818 Fed. App'x at 193–94.

- As he admitted in his plea agreement, his goal in offering himself as an ISIS fighter was to avenge perceived mistreatment of Muslims, re-establish an Islamic caliphate ruled by

50

Sharia law, and retaliate against secular governments propped up by "westerners." *See* ECF 56-1, at 1 ("TEEKAYE explained that '[w]hat made me want to become a mujahid' was studying the true meaning of Islam as well as 'the history of the Muslims of the past and what they went through and how it went from Muslims having khilafah [*i.e.*, caliphates] and doing jihad in Europe to us having so many failed states with puppet leaders who were put by westerners to not rule by sharia.'"); *see also supra* ("My goal when I get to Africa is Fisabilillah to make Allah's works the highest" and "to work to establish sharia" and "khilafah"). This goal remained consistent over time. In the days before leaving for the airport, Teekaye reaffirmed that he was fighting for ISIS "only to please Allah and help the religion and Muslims" and that ISIS was "the only group that has the most true and sincere intentions." *See* ECF 56-1, at 2.

- He regularly consumed and endorsed ISIS propaganda, including articles, posts, and videos about ISIS carrying out terrorist attacks and taking control of territory in areas of Africa where secular governments ruled. *See generally* Exhibit 3.

- He created and disseminated his own ISIS propaganda, including a video in which he put his own spin on ISIS fighter Jihadi John's message, threatening: "Since you O America continuously strike the Muslims on the ground and in the air, we will continuously strike the necks of your people." *See generally* Exhibit 3.

- He conducted extensive research on ISIS terrorist attacks around the world, including the 2015 Paris attacks that killed around 130 civilians. *See* Exhibit 3. Notably, after the attack, ISIS famously released a statement explaining that the attackers "targeted the capital of abominations and perversion" in order to "throw fear into he hearts of the Crusaders in

their own land," and "France and those who follow its path should know that they will remain the principal targets of the Islamic State."[16]

- He plotted a terrorist attack against Jews and supporters of Israel, explaining that he wanted to "gun down key members or anyone involved"—indicating that his goal was to retaliate against conduct of the Israeli government. ECF 56-1, at 1. He trained with assault rifles, attempted to purchase an assault rifle (and other guns), identified specific targets, and researched how to break into homes and get away with murder. *See id.*; *see generally* Exhibit 3.

- He repeatedly expressed anger and resentment about what he perceived as the mistreatment of Muslims by the United States and other Western nations and affirmed support for martyrdom in the cause of violent jihad, at various points referring to himself as an "inghimasi" (suicide fighter), "shaheed" (martyr), and "Islamaphobe slayer."

- He repeatedly referred to Zionists, Jews, Americans, and non-Muslims as enemies and "kuffar" and endorsed the view that killing them was justified in the name of Islam. *See* ECF 56-1, at 2; *see generally* Exhibit 3.

- He attempted to wipe evidence from his phone and mask what he was doing from law enforcement, further demonstrating that he was aware he was supporting a designated foreign terrorist group. He even researched the specific crime he was committing, and his statements following his arrest show that he knew the statutory penalty was 20 years. *See* Exhibit 3; ECF 56-1, at 2.

---

[16] *See* NPR, ISIS Claims Responsibility for Bloody Attack on Paris, Nov. 14, 2015, available at https://www.npr.org/sections/thetwo-way/2015/11/14/456002589/isis-claims-responsibiilty-for-bloody-attack-on-paris (last visited June 29, 2026).

- After his arrest, he vowed to carry out a jihadist attack on American soil when he is released from prison. He also explicitly threatened to kill the arresting agents, America's "soldiers," and prison guards while serving his sentence. *See* ECF 56-1, at 2.

In summary, Teekaye's material support was calculated to advance ISIS's well-known terrorist agenda of waging violent jihad in order to overthrow modern secular governments, establish an Islamic caliphate governed by Sharia law, and avenge perceived mistreatment of Muslims by the United States, Israel, and their allies. Accordingly, Fourth Circuit precedent compels the conclusion that the terrorist enhancement applies. *See Hassan*, 742 F.3d at 149–50 (affirming application of terrorism enhancement to defendant who was "trying to offer himself as a fighter" with the "goal of waging violent jihad" and "kill[ing] non-Muslims"); *Young*, 818 Fed. App'x at 193 n.8 (affirming application of terrorism enhancement to defendant who provided funding "to assist ISIL in soliciting additional fighters," where evidence indicated he "was aware of and advocated ISIL's goal to overturn modern governmental systems and establish a caliphate"); *Khweis*, 2023 WL 4993685, at *4 (affirming application of terrorism enhancement to defendant who traveled to Syria to join ISIS, where there was evidence that he believed he would be involved in a war "over the Caliphate" and "would fight against" Americans and "allied fighters"); *see also id.* (discussing evidence that defendant endorsed ISIS's view that "violent acts against military personnel and civilians will influence government conduct" and that "such attacks are justified retaliation against governments whose fundamental values are antithetical to the subjugation of all people to Sharia law"); *Elshinawy*, 781 Fed. App'x at 174–75 (affirming application of terrorism enhancement to defendant who pledged his services to ISIS, bought equipment for use in communicating with ISIS, and accepted cash from ISIS, where "evidence strongly indicates that

the purpose of [his] material support was to advance ISIS's goals of avenging perceived mistreatment of Muslims by the United States and its allies"); *United States v. Sherifi*, 107 F.4th 309, 315 (4th Cir. 2024) (affirming application of the terrorism enhancement based on district court's finding that defendants' "objective [was] to kill non-Muslims, specifically those they believed were living unjustly in Muslim lands").[17]

The evidence does not support an argument that Teekaye was motivated by anything other than advancing ISIS's terrorist objectives.  Yet, even if he was motivated, in part, by a desire to impress the UCO or win an ISIS bride, there is broad consensus among the circuit courts that any such underlying motivation is irrelevant.  *See United States v. Awan*, 607 F.3d 306 (2d Cir. 2010); *United States v. Van Haften*, 881 F.3d 543 (7th Cir. 2018); *United States v. Jayyousi*, 657 F.3d 1085 (11th Cir. 2011); *United States v. Haipe*, 769 F.3d 1189, 1193 (D.C. Cir. 2014); *United States v. Wright*, 747 F.3d 399, 418 (6th Cir. 2014) (Clay, J., concurring).  What matters is what Teekaye's actions were calculated to achieve.  And the evidence conclusively establishes that Teekaye's actions were calculated to advance ISIS's terrorist goals of influencing or retaliating against government conduct.

---

[17] Indeed, the Fourth Circuit has affirmed application of the terrorism enhancement based on far less evidence of intent.  *See, e.g.*, *Chandia III*, 675 F.3d at 340–41 (affirming application of terrorism enhancement to defendant who chauffeured and provided administrative support to the leader of a Pakistani terrorist group, where the evidence showed defendant knew that the group "engaged in repeated acts of violence against the government of India" and asked about training with the group in Pakistan); *United States v. Benkahla*, 530 F.3d 300, 311–13 (4th Cir. 2008) (affirming application of terrorism enhancement to defendant who obstructed a § 2339B investigation by lying about "violations [that] involved jihadist camps training people to fight the governments of India, Russia, and the United States").

## IV. THE § 3553 FACTORS SUPPORT A SENTENCE OF 15 YEARS

The government respectfully submits that a sentence of 15 years, followed by lifetime supervised release, is necessary to comply with the purposes of sentencing set forth in 18 U.S.C. § 3553, in particular, (1) to reflect the seriousness of the offense, which involved attempting to fight for the world's deadliest terrorist organization and plotting an attack against innocent American civilians; (2) to protect the public from a defendant who is extremely dangerous and has a high likelihood of carrying out a mass casualty attack in the future; (3) to deter criminal activity that is a grave threat to our national security; and (4) to avoid unwarranted sentencing disparities with similarly situated defendants.

### A. The Nature and Circumstances of the Offense

Teekaye's offense is extremely serious. It is hard to think of a more destructive crime than terrorism or a more hateful ideology than ISIS's. ISIS's self-proclaimed goals are the destruction of secular governments and the subjugation of all people to sharia law. It has placed particular emphasis on striking at the United States and its allies, including Israel. It advocates for the eradication of all Jews from the face of the earth. To achieve its goals, ISIS slaughters innocent civilians, foments chaos, and sows fear. It uses maximally brutal methods of killing its enemies—such as beheadings, bombings, and machete attacks—and broadcasts these killings in widely disseminated videos.

Teekaye wholeheartedly embraced ISIS's terrorist ideology. He self-radicalized online and took pleasure in watching ISIS beheading videos. He celebrated ISIS attacks and the killing of Jews and non-Muslims. He spewed pro-terrorist and antisemitic vitriol. He demonstrated his

commitment to joining and fighting for ISIS over a period of many years, from the age of 16 until his arrest at age 21.

Ultimately, Teekaye used encrypted messaging applications to get in touch with actual ISIS operatives and made plans to travel overseas to join ISIS's mujahideen in Somalia. He did this entirely on his own initiative, before the FBI undercover was re-introduced in August 2024. Unfortunately, we have very little of the content of Teekaye's conversations with the ISIS operatives. But we have a window into Teekaye's thinking and planning through his conversations with the UCO in August-October 2024. It is clear that Teekaye intended to fight for ISIS on the battlefield in service of ISIS's terrorist goals. He told the UCO he was sure of his plans, that he had done a lot of research, and that ISIS was the group whose objectives aligned with his own. He confirmed he was going for religious and ideological reasons and not on account of the UCO. The ISIS operatives clearly saw Teekaye as a valuable asset and spent close to $1,000 on his plane tickets, not to mention two Ethiopian travel visas. Teekaye was steps away from boarding a flight en route to Somalia (via Turkey and Ethiopia) when he was arrested by the FBI.

But that is not all. Teekaye also took concrete, deliberate steps to plot a terrorist attack against American civilians. He paid $150 to purchase guns illegally from a school acquaintance. He trained with assault rifles, attempted to buy an assault rifle (while on supervised probation), and researched specific Jewish and pro-Israel targets near him as well as how to break into their homes and get away with murder. Although he described the attack as his "plan b" to the UCO, this was only because he believed it carried a greater risk of jail time than if he traveled to fight for ISIS overseas. In fact, upon arrest, he told the FBI that he would *rather* commit an attack on American soil, and he vowed to do so when he is released, even if it is 20 years down the road.

He also threatened to kill a guard while in prison—and just three months ago, even after pleading guilty, he was caught with two homemade shanks in his jail cell.

Teekaye does not deserve any downward variance simply because his plans did not come to fruition. *See United States v. Abu Ali*, 528 F.3d 210, 264 (4th Cir. 2008) (reversing a downward variance for a defendant convicted of material support for terrorism, reasoning that the defendant should not have benefitted "simply because his plans were disrupted [by law enforcement]," especially given the lack of evidence that he had changed his criminal mindset). If it were not for the diligent actions of law enforcement, we might well be counting bodies of Teekaye's victims, either here or abroad. And there is no evidence that Teekaye has changed his criminal mindset— to the contrary, he has reaffirmed his intention to carry out a terrorist attack on American soil and even managed to obtain weapons in jail.[18]

The fact that Teekaye's plans were unsuccessful also does not make this a victimless crime. Far from it. Teekaye's targeting of Dr. ███████ and Rabbi ███████ deeply impacted them, and they both have made major changes in their lives in order to protect themselves. *See* Exs. 4–5. More generally, the kind of pro-terrorist, antisemitic rhetoric that Teekaye spewed online sows fear and division. Teekaye's threats and plots to murder innocents on account of their religious beliefs tear at the fabric of our pluralistic society, and few crimes are more deserving of serious punishment.

---

[18] Even the defense expert who evaluated Teekaye in March 2026 indicated that he continues to espouse extremist views and possibly made veiled threats about taking the Koran's teachings literally and retaliating against government persecution of Muslims. *See* Report of Dr. Scott Bender, at 9 ("He described feeling persecuted as a Muslim and said the Koran tells you what to do. He then said, 'I'm not saying I'm going to do anything, I'm just saying that's what Islam is saying—that it's not surprising problems are starting if America keeps deporting and threatening Muslims.'").

**B. Teekaye's History and Characteristics**

Although Teekaye has only one prior criminal conviction for Disorderly Conduct, he has a long history of physical attacks, threats, and Islamic extremism. Despite prodigious efforts by family members, law enforcement, and mental health professionals to guide him away from violence and radicalism, these interventions failed to change his beliefs or behavior—except to make him more careful in hiding his tracks.

The evidence demonstrates that Teekaye's offense conduct was driven by his terrorist ideology and antisocial personality traits and cannot be blamed on psychiatric illness. To be sure, Teekaye has been diagnosed with various mental health disorders over time by different providers, including schizophrenia, autism spectrum disorder, obsessive compulsive disorder, and depressive disorder. *See* PSR ¶ 62. Throughout the relevant period of time, however, Teekaye was receiving top-notch mental health treatment at some of Maryland's most reputable institutions. Teekaye began regular therapy and medication treatment at the University of Maryland Medical System's Carruthers Clinic in 2018, when he was 15 years old. He continued this treatment for a period of several years, until he turned 18. His mother recalled that at times, she took Teekaye to therapy appointments "four times per week," despite working full-time as a certified nursing assistant. *See* PSR ¶¶ 53, 46. From age 18 until his arrest, Teekaye received regular therapy and medication treatment at a Sheppard Pratt clinic called the Way Station. PSR ¶ 71. From roughly April 2019 until his arrest in October 2024, he was on a stable medication regimen consisting of ██████ ████████████████████████████████████████████████████████████. *See* Ex. 1 (Report of Dr. Schouten), at 10–11; PSR ¶¶ 63–64.[19]

---

[19] In September 2019, his ████████████████████ ████ due to concerns about medication adherence. *See id.*

Teekaye himself reported that he "began to feel better" in his teenage years as he "became stable on his medications." *See* PSR ¶¶ 50–51. When he was interviewed by U.S. Pretrial Services immediately after his arrest, he also reported that his mental health was stable. *See* Pretrial Services Report, at 3.

In preparation for sentencing, the government sought the opinion of a renowned expert in the field of forensic psychiatry, Dr. Ronald Schouten. Dr. Schouten is an Associate Professor of Psychiatry at Harvard Medical School and a member of the Department of Psychiatry at Massachusetts General Hospital (MGH), where he founded and directed the MGH/Harvard Medical School Forensic Psychiatry Fellowship. Ex. 1 (Report of Dr. Schouten), at 3. He has extensive experience in counter-terrorism and counter-extremism and has served as an expert in numerous high-profile criminal cases for both the prosecution and the defense. *See id.* at 3–4. Dr. Schouten reviewed voluminous mental health and other case-related records and prepared a report with his opinions concerning Teekaye's diagnoses, his potential for violence in the community, and his risk of recidivism. *See id.* at 1–3.

Dr. Schouten found that Teekaye "present[s] with multiple psychological and behavioral symptoms" that "do not fit precisely into specific diagnostic categories." *Id.* at 21. However, he concluded that "Mr. Teekaye's history of failure to behave lawfully, deceitfulness, aggressiveness, disregard for the safety of himself or others, and lack of remorse and empathy are most consistent with a diagnosis of antisocial personality disorder." *Id.* at 23.[20] Dr. Schouten explained that there

---

[20] Antisocial personality disorder is often colloquially referred to as sociopathy. *See* Mayo Clinic, Antisocial personality disorder, available at https://www.mayoclinic.org/diseases-conditions/antisocial-personality-disorder/symptoms-causes/syc-20353928 (last visited June 26, 2026). Notably, Teekaye conducted multiple searches on his phone related to sociopathy and psychopathy, possibly indicating he is aware of his antisocial traits. *See* Ex. 3, at 4 ("fbi vs sociopath" and "fbi vs psychopath"), 8 ("do sociopaths feel revenge").

is "reason to doubt" Teekaye's schizophrenia diagnosis, and even accepting that diagnosis, Teekaye's "symptoms used to support that diagnosis improved with time and treatment," whereas "his antisocial behaviors did not." *Id.*[21] He found that "[t]he record does not indicate that [Teekaye] was exhibiting psychotic symptoms in the months leading up to his arrest." *Id. see also id.* at 26 ("There is no evidence that Mr. Teekaye's charged behavior was the result of a psychotic disorder of any type."). Similarly, he found "no clear evidence of a relationship between Mr. Teekaye's charged behaviors and his [Autism Spectrum Disorder] and intellectual disability." *Id.* at 24. Rather, he concluded that Teekaye's "planning to travel to Africa to fight and intermittent attempts to cover up his activities appears to have been purposeful, rational, and indicative of his awareness that his actions were unlawful." *Id.*

Dr. Schouten observed that "psychotherapy and medication treatment did not keep Mr. Teekaye from engaging in the charged offense," which may be "because his actions were fueled by extremist ideology and had nothing to do with any mental disorder for which he was being treated." *Id.* at 29. Moreover, he explained that antisocial personality disorder is "particularly challenging to manage," as "there are no medications that can specifically target [Teekaye's] symptoms," specifically, "his lack of remorse and empathy." *See id.* at 29. Although Dr. Schouten recommended certain therapeutic interventions once Teekaye is released, he concluded that Teekaye's risk of violence in the community and of recidivism is "high." *See id.* at 27–31.

Dr. Schouten's conclusions are consistent with the opinions of several of Teekaye's former treatment providers and others close to him. Dr. ███████ observed that Teekaye's problem was

---

[21] The defense expert who evaluated Teekaye gave more weight to schizophrenia and other diagnoses but acknowledged that Teekaye's "personality style has some antisocial features and his behavior is likely to be reckless and impulsive." *See* Report of Dr. Scott Bender, at 10.

not with his "intellectual capability" or "maturity" but with his "beliefs" and "behaviors." *See* Ex. 4, at 1. Drawing on his own interactions with Teekaye, the facts of the case, and his years of experience treating incarcerated youth, Dr. ███████ opined that Teekaye is "a very dangerous man" who "wants to hurt other people," and, "when it benefits him, can convincingly look others in the eye to persuade them that he believes otherwise." *Id.* at 2–3. As noted above, another therapist who treated Teekaye for years observed that Teekaye "fits the profile pretty well" of a mass shooter. Teekaye's probation officer in the 2022-2024 period agreed, stating she believed Teekaye was "probably" planning a mass shooting and was likely to seek out guns illegally. Multiple treatment providers during Teekaye's hospital stints reported he exhibited "homicidal ideation," which is the clinical term for thoughts or fantasies about killing people, and is, of course, consistent with his terrorist ideology.

Even accepting that Teekaye's mental health disorders may be somewhat mitigating, the bottom line is that Teekaye remains extremely dangerous. The government's agreement to cap its recommendation at 15 years—which is 5 years below the sentencing guidelines—is meant to account for Teekaye's youth and psychiatric diagnoses. We urge the court not to deviate further below the guidelines than the agreed-upon cap.

### C. The Need to Protect the Public

There is an urgent need to protect the public from future crimes by Teekaye. He demonstrated his commitment to ISIS's terrorist ideology over a period of many years, obsessively sought out firearms, machetes, and other weapons, and vowed to carry out a terrorist attack when he is released. No one can predict the future with certainty, but the public should not be made to bear the intolerably high risk that Teekaye will perpatrate a mass casualty attack.

Furthermore, neither federal supervision nor mental health treatment will adequately protect the public from Teekaye. Probation and psychotherapy did not prevent Teekaye from engaging in criminal conduct in the past, and there is little reason to think they will be effective in the future. As Dr. Schouten concluded in his report, there are many reasons why Teekaye poses a particularly high risk of recidivism, including (1) his "history of physical aggression and threats of violence," (2) his "lack of empathy and remorse," (3) his "history of rejecting social and emotional supports," (4) his "violent fantasies and ideation," (5) his "preoccup[ation] with obtaining weapons," (6) his "consistently expressed support for extremist Islamic ideology," (7) his failure to change his behavior in response to law enforcement interventions, and (8) his false statements to deceive law enforcement, therapists, and others about his true beliefs and intentions. *See* Ex. 1 (Report of Dr. Ronald Schouten), at 27–29. In light of Teekaye's many past instances of deceitfulness, it would be foolish to trust any statements he now makes about his "willingness to change," *see* Report of Dr. Scott Bender, at 11, which are likely calculated to achieve a lower sentence.

As the Second Circuit has explained, "[E]ven terrorists with no prior criminal behavior are unique among criminals in the likelihood of recidivism, the difficulty of rehabilitation, and the need for incapacitation." *United States v. Meskini*, 319 F.3d 88 (2d Cir. 2003); *see also United States v. Jayyousi*, 657 F.3d 1085 (11th Cir. 2011) (agreeing with *Meskini* and acknowledging that the risk of recidivism usually decreases with age, but such reasoning does not apply to "certain classes of criminals" such as sex offenders and terrorists); *United States v. Ressam*, 679 F.3d 1069 (9th Cir. 2012) (same).

The case of Mohamed Bailor Jalloh stands as a stark warning of what can go wrong when officials place too much faith in rehabilitation of a committed terrorist. In 2016, Jalloh pled guilty to attempting to provide material support to ISIS in the Eastern District of Virginia. The government asked for a sentence of 20 years, pointing out that Jalloh was dedicated to ISIS's deadly ideology, that he had discussed carrying out a terrorist attack with an FBI undercover, and that he had attempted to obtain an assault rifle.[22] Jalloh's lawyers asked for 6.5 years, arguing that the offense was mitigated by Jalloh's "emotional impairments" and "psychological vulnerability," that the FBI undercover used his "desperate desire to wed" a Muslim woman "as a carrot to induce his assent to participate," and that he at times "expressed hesitation and ambivalence."[23] The district court sentenced Jalloh to 11 years in prison and 5 years of supervised release, with a condition that he receive mental health treatment.[24] In March 2026, a little more than a year after being released, Jalloh finally followed through on his plans and carried out the deadly terrorist attack at Virginia's Old Dominion University. He obtained a gun illegally, walked into a

---

[22] *See U.S. v. Mohamed Jalloh*, E.D.V.A. Crim. No. 1:16-cr-163 (LO), Dkt. No. 48, available at https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/Mohamed%20Bailor%20Jalloh%20Government%20Sentencing%20Memo.pdf (last visited June 30, 2026).

[23] *See U.S. v. Mohamed Jalloh*, E.D.V.A. Crim. No. 1:16-cr-163 (LO), Dkt. No. 51, available at https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/Mohamed%20Bailor%20Jalloh%20Corrected%20Defense%20Reply%20to%20Government%20Sentencing%20Memo.pdf (last visited June 30, 2026), at 2–3.

[24] *See* PBS News, Old Dominion shooter was previously convicted of Islamic State ties, Mar. 13, 2026, available at https://www.pbs.org/newshour/nation/old-dominion-shooter-was-previously-convicted-of-islamic-state-ties (last visited June 30, 2026).

classroom, shouted "Allahu Akbar" ("God is Great"), and opened fire, killing one and injuring two others before being subdued by students.[25]

The Old Dominion attack was a tragedy that could have been prevented. The court has an opportunity to avoid a similar tragedy here by sentencing Teekaye to the maximum allowed by the plea agreement, 15 years in prison. Even that sentence will not guarantee that the public is safe from Teekaye forever, but there is a greater chance that catastrophe will be averted if he is incapacitated for a longer period of time.

**D. The Need for Deterrence**

There is also an urgent need for deterrence. ISIS has long been and remains the world's deadliest terrorist organization, responsible for approximately 1,805 deaths across 22 countries in 2024 alone.[26] Although the counterterrorism measures used by the FBI and other U.S. intelligence agencies have grown more sophisticated over the years, often stopping ISIS-linked attacks before they happen, ISIS and its radicalized supporters continue to pose a serious threat to our national security and human lives around the world.

In the wake of military defeats in Syria and Iraq, ISIS has expanded its troop numbers by recruiting from afar, including by reaching across the internet into the homes of young Americans, many of whom are radicalized as they sit in front of their phone or computer screens. An estimated

---

[25] *See* CNN News, Terror suspect in deadly Old Dominion shooting in Virginia was subdued by students, officials say, Mar. 13, 2026, available at https://www.cnn.com/2026/03/12/us/old-dominion-university-shooting-virginia (last visited June 30, 2026).

[26] *See* Institute for Economics & Peace, Islamic State the deadliest terror group in 2024 as big four expands, Mar. 4, 2025, available at https://www.visionofhumanity.org/islamic-state-the-deadliest-terror-group-in-2024-as-big-four-expands/ (last visited June 30, 2026); *see also* Institute for Economics & Peace, Global Terrorism Index 2026, Mar. 30, 2026, available at https://reliefweb.int/report/world/global-terrorism-index-2026 (last visited June 30, 2026).

53,000 foreign fighters, including hundreds of Americans, traveled or attempted to join ISIS as part of the group's recruitment campaign between 2013 and 2019.[27] ISIS actively recruits troubled youth online, indoctrinating them into its extreme version of Islam and training them to believe that non-believers (particularly Jews) should be killed. ISIS's leaders have also been very effective in calling for "lone wolf" attacks by their followers across the world.[28]

The following is a non-comprehensive list of attacks perpetrated by ISIS and its supporters in recent years:

- In Sydney, Australia, in December 2025, two ISIS supporters opened fire during a Hanukkah celebration at Bondi Beach, killing 15 and injuring 40.
- In New Orleans, Louisiana, in January 2025, an ISIS follower drove a pickup truck into a crowd on Bourbon Street, killing 14 and injuring 57.
- In Manchester, England, in 2017, ISIS supporters attacked young concert-goers leaving an Ariana Grande show, killing 22 and injuring 800.
- In Barcelona, Spain, in 2017, ISIS supporters drove onto a busy pedestrian street in the city's center, killing 16 and injuring 152.
- In Orlando, Florida, in 2016, ISIS supporter Omar Mateen killed 49 people in a gay nightclub, consistent with ISIS's public statements about killing homosexuals.
- In Nice, France, in 2016, ISIS supporters drove a truck into Bastille Day celebrations, killing 86 and injuring 434.
- In Berlin, German, in 2016, an ISIS supporter drove a truck into a popular Christmas market, killing 12 people and injuring 50 others.
- In Brussels, Belgium, in 2016, ISIS supporters detonated bombs at the Brussels Airport and in Brussel's major train station, killing 32 and injured 340.
- In Paris, France, in 2015, ISIS attackers killed 130 and injured 413 at a concert venue, a restaurant, kosher grocery stores, and synagogues, among other locations.

---

[27] *See* International Center for Counter-Terrorism, Trends in the Return and Prosecution of ISIS Foreign Terrorist Fighters in the United States, Aug. 29, 2023, available at https://icct.nl/publication/trends-return-and-prosecution-isis-foreign-terrorist-fighters-united-states (last visited June 30, 2026).

[28] *See, e.g.*, NBC News, How ISIS Capitalizes on Lone Wolves to Spread Terror 'At No Cost,' May 5, 2015, available at https://www.nbcnews.com/news/us-news/how-isis-uses-twitter-lone-wolves-carry-out-attacks-free-n353996 (last visited June 30, 2026).

- In San Bernadino, California, in 2015, ISIS supporters Syed Rizwan Farook and Tashfeen Malik killed 14 and injured 22 attending a municipal training event.[29]

The above attacks are Western-focused and do not include the thousands of people, many of them Muslims, who have been killed by ISIS in the Middle East, Africa, and Asia.

ISIS does not just kill—it uses propaganda to sow hatred and division, using every psychological tool to undermine the democratic ideals that our nation is built upon, such as liberty, religious freedom, tolerance, and peacefulness. ISIS takes great pride in the success of its propaganda and its ability to attract adherents using the internet, inspiring them to commit violent attacks. It is vital that the sentence in this case make clear to anyone dabbling in extremism that going down this path has serious consequences. Anything less than 15 years will send precisely the wrong message to troubled youth infatuated with ISIS's ideology.

### E. The Need to Avoid Unwarranted Sentencing Disparities

A 15-year sentence is also in line with other sentences in comparable cases. The U.S. Sentencing Commission's JSIN database shows that between 2020 and 2024, there were 28 defendants like Teekaye whose primary guideline was U.S.S.G. § 2M5.3 and who had a final offense level of 37 and Criminal History Category VI, after excluding defendants who received a departure for substantial assistance. *See* ECF 59 (PSR), at 28. The average length of imprisonment for those 28 defendants was 172 months, or 14 years, 4 months. *Id.*

Similarly, the George Washington University's Program on Extremism publishes an online tracker showing that 306 individuals have been charged with ISIS-related offenses since the first

---

[29] *See, e.g.*, The New York Times, How Many People Have Been Killed in ISIS Attacks Around the World, July 16, 2016, available at https://www.nytimes.com/interactive/2016/03/25/world/map-isis-attacks-around-the-world.html (last visited June 30, 2026).

arrests in March 2014. Of these, 244 were found guilty, and the average sentence was 14.1 years. However, only 29% of the charged individuals were "accused of being involved in plots to carry out attacks on U.S. soil"; the tracker does not provide the average sentence for this group, but presumably it was significantly higher.[30]

It is not possible to conduct a full survey of all these cases here. The following are summaries of a handful of comparable cases from recent years based on the information in the Department of Justice's press releases:

- *United States v. Mohamed Elshinawy* (D. Md. ELH-16-09) — **20 years** — According to the DOJ press release issued on March 30, 2018,[31] Elshinawy pledged his allegiance to ISIS, discussed his readiness to travel to travel to join ISIS, and described himself as a soldier of ISIS committed to making violent jihad. He also received payments from ISIS affiliates to be used to fund a terrorist attack in the United States, and he lied about his involvement with ISIS to the FBI. He pled guilty to providing material support to ISIS, and Judge Ellen L. Hollander sentenced him to 20 years.

- *United States v. Sarah Clendaniel* (D. Md. JKB-23-56) — **18 years** — According to the DOJ press release issued on September 25, 2024,[32] Clendaniel espoused a white-supremacist, "accelerationist" (essentially anarchist) ideology. In conversations with a co-conspirator and a confidential human source, Clendaniel discussed her plans to acquire a rifle and attack and disable Baltimore-area electrical facilities with the goal of causing an estimated $75 million in damage to the city. She also possessed firearms and ammunition after having been convicted of a felony. Clendaniel pled guilty to conspiring to damage electrical facilities, and

---

[30] *See* GWU's Program on Extremism, ISIS in America Tracker, available at https://www.poemonitoring.org/isis-in-america (last visited June 30, 2026). Notably, a significant majority of the charged individuals (188) were men between 15 and 29 years old. *Id.*

[31] *See* DOJ Press Release, Mar. 30, 2018, available at https://www.justice.gov/archives/opa/pr/maryland-man-sentenced-20-years-prison-providing-material-support-isis-and-terrorism (last visited June 30, 2026).

[32] *See* DOJ Press Release, Sept. 25, 2024, available at https://www.justice.gov/usao-md/pr/maryland-woman-sentenced-18-years-federal-prison-conspiring-destroy-baltimore-region (last visited June 30, 2026).

Judge James K. Bredar sentenced her to 18 years. Her co-defendant, Russell, went to trial and was sentenced to 20 years.

- *United States v. Christopher Hasson* (D. Md. GJH-19-96) — **13 years, 4 months** — According to the DOJ press release issued on January 31, 2020,[33] Hasson pled guilty to unlawful possession of firearms by a person addicted to controlled substances. He admitted that he identified as a white nationalist and in writings advocated for "focused violence" in order to establish a white homeland. During search warrants at his house, law enforcement recovered a stockpile of weapons and manifestos of mass murderers. Evidence from his phone showed that he studied sniper tactics and conducted internet searches for potential victims, including media personalities and current and former elected officials. Judge George J. Hazel sentenced him to 160 months.

- *United States v. Munir Abdulkader* (S.D. Ohio 2016-cr-00019) — **20 years** — According to the DOJ press release issued on November 23, 2016,[34] Abdulkader originally planned to travel to Syria to join ISIS but, when that appeared difficult, he plotted to murder an employee of a military base and videotape it so that it could be used as ISIS propaganda, and then to conduct a violent attack on a police station. As a part of the plan, he conducted surveillance of the police station and obtained and learned to use firearms. He was also in contact online with a known ISIS member. Abdulkader pled guilty to conspiracy to provide material support to ISIS and possession of a firearm in furtherance of a crime of violence and was sentenced to 20 years.

- *United States v. Benjamin Carpenter* (E.D. Tenn. 21-cr-00038) — **20 years** — According to the DOJ press release issued on July 17, 2024,[35] Carpenter was the leader of an international organization of pro-ISIS supporters dedicated to translating and distributing ISIS propaganda throughout the world. Using an alias, he published a large body of ISIS media celebrating the deaths of American soldiers, glorifying suicide bombers, and calling for war against the United States

---

[33] *See* DOJ Press Release, Jan. 31, 2020, available at https://www.justice.gov/usao-md/pr/christopher-hasson-sentenced-more-13-years-federal-prison-federal-charges-illegal (last visited June 30, 2026).

[34] *See* DOJ Press Release, Nov. 23, 2016, available at https://www.justice.gov/archives/opa/pr/ohio-man-sentenced-20-years-prison-plot-attack-us-government-officers (last visited June 30, 2026).

[35] *See* DOJ Press Release, July 17, 2024, available at https://www.justice.gov/usao-edtn/pr/knoxville-man-sentenced-20-years-attempting-provide-material-support-isis (last visited June 30, 2026).

and its Western allies. Carpenter pled guilty to attempting to provide material support to ISIS and was sentenced to 20 years.

- *United States v. Ardit Ferizi* (E.D.V.A. 2016-cr-00042) — **20 years** — According to the DOJ press release issued on September 23 2016,[36] Ferizi hacked into a company's computer system and stole the personally identifiable information of members of the U.S. military and other U.S. government personnel. He provided that list to a known ISIS member, who posted the information online, claiming that ISIS would "strike at your necks in your own lands." Ferizi pled guilty to providing material support to ISIS and was sentenced to 20 years.

- *United States v. Christopher Lee Cornell* (S.D. Ohio 15-cr-00012) — **30 years** — According to the DOJ press release issued on December 5, 2016,[37] Cornell planned and attempted an attack on government officials during the State of the Union address in 2015. Over the course of five months, he researched weapons, bomb construction, and potential targets in Washington, D.C., including the U.S. Capitol. He also possessed two semi-automatic rifles and 600 rounds of ammunition. He pled guilty to attempting to provide material support to ISIS and was sentenced to 30 years.

None of these individuals actually committed a terrorist attack. Five of them expressed varying levels of interest in committing an attack, with some going to greater lengths than others to plan an attack, ranging from talking about an attack to purchasing weapons and identifying targets. One was merely a computer hacker and another was a propagandist for ISIS. All but one of them received sentences significantly higher than 15 years.

The government respectfully submits that Teekaye is significantly more culpable and dangerous than Christopher Hasson, who received the lowest of sentence of the group (160 months). Teekaye's offense of conviction is far more serious than Hasson's (unlawful possession of firearms by an addict), and his planning of a terrorist attack was more specific and concrete.

---

[36] *See* DOJ Press Release, Sept. 23, 2016, available at https://www.justice.gov/usao-edva/pr/isil-linked-hacker-sentenced-20-years-prison (last visited June 30, 2026).

[37] *See* DOJ Press Release, Dec. 5, 2016, available at https://www.justice.gov/archives/opa/pr/cincinnati-area-man-sentenced-30-years-prison-attempting-terrorism-plot-kill-government (June 30, 2026).

Moreover, Teekaye was arrested as he was attempting to board a flight to join and fight for ISIS using tickets that *actual* ISIS operatives purchased for him, and he vowed to commit a terrorist attack on U.S. soil when he is released, even if it is 20 years down the road. A sentence of less than 15 years would be out of line with comparable cases in this district and elsewhere.

## V.     CONCLUSION

For the reasons set forth above, the government respectfully asks the Court to sentence Teekaye to 15 years in prison, followed by lifetime supervised release.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:  _____/s/_____
Christina A. Hoffman
Assistant United States Attorney
36 S. Charles St., Fourth Floor
Baltimore, Maryland 21201